ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 29 2008
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | No.: 4:08-CR-106-Y (1) |
| § | |
| JAMES WILKS (01) § | |

## FACTUAL RESUME

**INDICTMENT:**  Count One:  Receipt of Child Pornography

**PLEA:**  Guilty plea to Count One.

Count One: Receipt of Child Pornography, 18 U.S.C. § 2252(a)(2);

**MAXIMUM PENALTY:**  Count One:  Receipt of Child Pornography
Term of imprisonment for not less than five (5) years and not more than twenty (20) years and a fine up to the amount of $250,000, or twice the pecuniary gain or twice the pecuniary loss; a mandatory special assessment of $100; a term of supervised release of five (5) years up to any term of years to life; and forfeiture of property described in the indictment. Revocation of the term of supervised release could result in an additional sentence of up to the term of supervised release.

Restitution to victims or to the community, which may be mandatory under the law, and which the defendant agrees may include restitution arising from all relevant conduct, not limited to that arising from the offense of conviction alone; costs of incarceration and supervision.

**ELEMENTS OF THE OFFENSE:**  In order to establish the offense alleged in Count One of the indictment, the Government must prove the following elements beyond a reasonable doubt:

Factual Resume - Page 1

First: That on or about the date set out in the indictment, the defendant did knowingly receive a visual depiction of a minor engaged in sexually explicit conduct; and

Second: That image had been mailed, shipped or transported in interstate or foreign commerce.

**STIPULATION OF FACTS:**

1. On or between October 10, 2006 and October 25, 2006, in the Fort Worth Division of the Northern District of Texas, James Wilks (Wilks), defendant, did knowingly receive visual depictions of a minor engaged in sexually explicit conduct, the production of which involved the use of a minor engaged in sexually explicit conduct, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, to wit: Wilks used the internet to download picture files of minor children engaged in sexually explicit conduct, four of which are further described as follows:

| Date | File name | Description of Image |
| --- | --- | --- |
| October 19, 2006 | Kyra2a.jpg | Image depicting an adult male inserting his penis into the mouth of a minor child. The minor child has a bow in her hair. |
| October 16, 2006 | -8dicked.jpg | Image depicting an adult male inserting his penis into the vagina of a minor female child. |
| October 22, 2006 | Copy of liao3Bc18UuZkocHBGiDw- - _.jpg | Image depicting an adult male inserting his penis into the vagina of a minor female child. |

**Factual Resume - Page 2**

| October 22, 2006 | 4xozoM6nu16pDEKBPt9M6Q--_.jpg | Image depicting an adult male inserting his penis into the mouth of a minor child. |
|---|---|---|

2.  In March 2005, Immigration and Customs Enforcement (ICE) initiated an investigation into an individual in the Seattle, Washington area who was distributing child pornography by using Google's Hello program. During the course of this investigation, several computers were searched by ICE. These forensic searches led to agents identifying the defendant, James Wilks, as an individual who was involved in child pornography.

3.  On April 4, 2007, ICE Agents along with Tarrant County Sheriff's Department officers executed a federal search warrant at Wilks' residence in Ft. Worth, Texas. During that search, agents encountered Wilks at his residence. A forensic examination of the computer and related storage media was performed and agents discovered more than 100 images of child pornography. Wilks admitted he had traded and received the numerous images and videos of child pornography on the Internet for over a year and a half. The child pornography collected by Wilks consisted of children ~~ranging in age from five (5) to~~ seventeen (17) engaged in posing and in sexual acts. under the age of

4.  Wilks knew that some of the images, which he received via the Internet, depicted minors engaged in sexually explicit conduct. Wilks stipulates that the images he received had been mailed, shipped or transported in interstate and foreign commerce.

SIGNED and AGREED to on this the 16th day of October, 2008.

_____
James Wilks
Defendant

_____
Jim Lane
Attorney for Defendant

_____
Alex C. Lewis
Assistant United States Attorney

Factual Resume - Page 3