U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 18 2014

U.S. DISTRICT COURT
By _____
Deputy

# UNITED STATES DISTRICT COURT
## for
## NORTHERN DISTRICT OF TEXAS

## Request for Modify the Conditions or Term of Supervision
## With Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: | James Wilks                    Case No.: 4:08-CR-106-Y(01) |
| Name of Sentencing Judge: | Senior U.S. District Judge Terry R. Means |
| Date of Original Sentence: | March 9, 2009 |
| Original Offense: | Receipt of Child Pornography, 18 USC § 2252(a)(2) |
| Original Sentence: | 60 months custody, 10-year term of supervised release |
| Revocations: | October 16, 2014: plea of true to violations entered; revocation hearing continued to February 12, 2015. |
| Type of Supervision: | Supervised Release    Date Supervision Commenced: May 3, 2013 |
| Assistant U.S. Attorney: | Alex C. Lewis    Defense Attorney: Peter Fleury (Court appointed) |

## Petitioning the Court for Cause As Follows:

To add to the conditions of supervision with the consent of the offender as follows:

The defendant shall enroll within 60 days of December 18, 2014, and successfully complete the entire Post-Traumatic Stress Residential Rehabilitation Program and any related required aftercare programs as provided by the Central Texas Veterans Health Care System.

### Cause

James Wilks is a U.S. military combat veteran and suffers from post-traumatic stress disorder. It is believed he will benefit from the inpatient counseling program provided by the Central Texas Veterans Health Care System in Waco, Texas. The U.S. Probation Office respectfully requests that Mr. Wilks be given the opportunity to participate in and complete this program within the next 60 days.

I declare under penalty of perjury
that the foregoing is true and correct.

Executed on December 18, 2014

/s Roger G. Smith
U.S. Probation Officer
Fort Worth, Texas
Phone: 817-840-0744
Fax: 817-978-3726

Approved,

/s Mark A. Briones
Supervising U.S. Probation Officer
Phone: 817-840-0739

**Order of the Court:**

- ☐ No Action
- ☐ The extension of supervision as noted above.
- ☑ To add to the conditions of supervision as follows:

    The defendant shall enroll within 60 days of December 18, 2014, and successfully complete the entire Post Traumatic Stress Residential Rehabilitation Program and any related required aftercare programs as provided by the Central Texas Veterans Health Care System.

- ☐ Other or Additional:
- ☐ File under seal until further order of the Court.

_Terry R. Means_
Terry R Means
Senior U.S. District Judge

12-18-14
Date

RGS/ehb

*Attachment

UNITED STATES DISTRICT COURT
PROBATION AND PRETRIAL SERVICES
NORTHERN DISTRICT OF TEXAS

# Waiver of Hearing to Modify Conditions of or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of or to the proposed extension of my term of supervision:

The defendant shall enroll within 60 days of December 18, 2014, and successfully complete the entire Posttraumatic Stress Residential Rehabilitation Program and any related required aftercare programs as provided by the Central Texas Veterans Health Care System.

Witness: _Roger G. Smith_    Signed: _James Wilks_
Roger G Smith                        James Wilks
U.S. Probation Officer

_12/18/14_
Date

Page 1 of 1