1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF TEXAS

3                   FORT WORTH DIVISION

4   UNITED STATES OF AMERICA,     ) CASE NO. 4:08-CR-106-Y
                                  )
5            Government,          )
                                  ) FORT WORTH, TEXAS
6   VERSUS                        )
                                  ) DECEMBER 16, 2021
7   JAMES WILKS (01),             )
                                  )
8            Defendant.           ) 10:26 A.M.

9

10                      VOLUME 1 OF 1
                    TRANSCRIPT OF REVOCATION
11          BEFORE THE HONORABLE TERRY R. MEANS
            UNITED STATES DISTRICT COURT JUDGE
12

13  A P P E A R A N C E S:

14  FOR THE GOVERNMENT:     MR. ALEX LEWIS
                            UNITED STATES DEPARTMENT OF JUSTICE
15                          NORTHERN DISTRICT OF TEXAS
                            801 Cherry Street, Suite 1700
16                          Fort Worth, Texas  76102-6882
                            Telephone:  817.252.5200
17
    FOR THE DEFENDANT:      MS. RACHEL TAFT
18                          ASSISTANT FEDERAL PUBLIC DEFENDER
                            NORTHERN DISTRICT OF TEXAS
19                          819 Taylor Street, Room 9A10
                            Fort Worth, Texas  76102
20                          Telephone:  817.978.2753

21  COURT REPORTER:         MS. DEBRA G. SAENZ, CSR, RMR, CRR
                            501 W. 10th Street, Room 507
22                          Fort Worth, Texas  76102
                            Telephone:  817.850.6661
23                          E-Mail: debbie.saenz@yahoo.com

24  Proceedings reported by mechanical stenography, transcript

25  produced by computer.

## I N D E X

PROCEEDING                                          PAGE

Defendant's Motion for Continuance.............  03

Court's Ruling................................  04

Defendant's plea of true/not true.............  08

TESTIMONY OF KATHLEEN LAMOUR

   Direct Examination by Mr. Lewis..............  10

   Cross-Examination by Ms. Taft................  21

Statements on Sentencing

   By Ms. Taft...................................  23

   By the Defendant..............................  25

   By Mr. Lewis..................................  28

Sentence of the Court..........................  29

Reporter's Certificate.........................  34

Word Index.....................................  35

### GOVERNMENT'S EXHIBIT INDEX

NO.    DESCRIPTION                              ADMITTED

1      Reports                                    9-10

Debbie Saenz, CSR, RMR, CRR, TCRR
United States District Court
(817) 850-6661

**P R O C E E D I N G S**

December 16, 2021 - 10:26 a.m.

*(Participants wearing masks)*

THE COURT:  Next before the Court is a Petition for a Person Under Supervision and an addendum to the petition in Case Number 4:08-CR-106-Y, United States of America versus James Wilks.

Are the parties ready to proceed?

MR. LEWIS:  Alex Lewis for the government.  Present and ready, Judge.

MS. TAFT:  Rachel Taft for Mr. Wilks, and, Your Honor, before getting started, I would -- I would make a request for a continuance in this case.

I understand that the addendum was filed on the 3rd of this month; however, I, for whatever reason, did not see that petition, and, with the higher grade of violation, would request that we be permitted to come back at a later time and proceed on that.

THE COURT:  In particular, what are you concerned about being unable to respond to?

MS. TAFT:  Your Honor, I believe that there have been charges filed in Parker County for failure to register. I was -- I knew that that might be a possibility, but I believe those have been filed and those do bump that grade violation up from a C to a B, and so I would request

```
 1   additional time to review that information and review that
 2   addendum.
 3           THE COURT:  Does the government have a response?
 4           MR. LEWIS:  No objection, Your Honor.
 5           And in candor to the Court, that would allow the
 6   government additional time to assess whether or not additional
 7   charges could possibly be brought against the defendant in
 8   this case for the allegations that are set forth in the
 9   petition concerning the computer and the images that were
10   found on the computer.
11           It's currently -- and I told defense counsel this --
12   it's currently being searched as we speak.  The results have
13   not come back yet, so I don't know whether or not there will
14   be any additional charges or not.  However, a continuance, if
15   granted, would assist the government in trying to determine if
16   additional charges will also be brought.
17           THE COURT:  How long a continuance are you asking
18   for?
19           MS. TAFT:  Your Honor, I would generally request, if
20   it's just to review the addendum, about two weeks.  I believe
21   I'll be here to still cover that.
22           THE COURT:  I'm going to deny the request for a
23   continuance.
24           Mr. Wilks, please acknowledge your presence in court
25   for the record by stating your full name.
```

1          *THE DEFENDANT:*  James Christopher Wilks.

2          *THE COURT:*  Mr. Wilks, it is alleged in a Petition

3    for Offender Under Supervision and an addendum thereto that

4    you have violated certain conditions of your supervised

5    release.

6          In particular, it is alleged that by failing to

7    abstain from the use of alcohol in February of 2020, and by

8    using and possessing marijuana in or about February of 2021,

9    by using and possessing methamphetamine in or about September

10   of 2021, by failing to attend scheduled dual diagnosis, that

11   is, mental health and substance abuse treatment sessions

12   in -- on six occasions between May of 2019 and March of 2021,

13   and by failing to participate in a cognitive behavioral

14   marijuana awareness program, as directed, you violated the

15   mandatory condition that you not commit another -- pardon me,

16   that you not possess any illegal controlled substances,

17   standard condition number 7, the additional condition

18   requiring you to refrain from any unlawful use of a controlled

19   substance, the special condition requiring you to participate

20   in a program for treatment of narcotic or drug or alcohol

21   dependency that would include testing, and the special

22   condition requiring you to participate in mental health

23   treatment services as directed by the probation officer.

24          Then, in the addendum, it is alleged that by

25   possessing and using a laptop computer in or about February

1    through September of 2021, which was not authorized and which

2    did not comply with the requirements of the Computer and

3    Internet Monitoring Program, and by using the laptop to view

4    pornography, including computer-generated imagery which

5    depicted minor female children engaged in sexual activity,

6    that you violated the additional condition that you not use

7    any computer, other than the one you were authorized to use,

8    without a prior approval from the probation officer, the

9    additional condition that you not access any internet service

10   provider, the additional condition that you not maintain or

11   create a user account on any social networking site that

12   allows access to persons under the age of 18, nor view and/or

13   access any web profile of users under the age of 18.

14        Also, it would be a violation of the additional

15   condition that you not use or possess a web cam or any other

16   hardware that allows for the exchange of video or photographs

17   online, the additional condition that you not use or own any

18   device that allows internet access, other than authorized by

19   the probation office, the additional condition that you

20   neither possess nor have under your control any pornographic

21   matter of any kind or any such matter that sexually depicts

22   minors under the age of 18, and the additional condition that

23   you participate and comply with the requirements of the

24   Computer and Internet Monitoring Program.

25        It's also alleged that you -- that you, by engaging

1    in contact with minor children through virtual means, using

2    electronic communication with a video exchange, you violated

3    the additional condition that you have no contact with minors

4    under the age of 18, other than your own children, and the

5    additional condition that you not use or possess a web cam or

6    any other hardware that allows for the exchange of video or

7    photographs online.

8           Also, it's alleged that by failing to comply with

9    sex offender registration requirements, that you violated the

10   mandatory condition that you not commit another federal,

11   state, or local crime, and the additional condition requiring

12   you to register as a sex offender, providing all information

13   required in accordance with state registration guidelines.

14          And finally, it's alleged that by being

15   unsuccessfully discharged from sex offender treatment at

16   Psychotherapy Services and Yokefellows on November 29, 2021,

17   you violated the additional condition requiring you to

18   participate in sex offender treatment services as directed by

19   the probation officer until successfully discharged.

20          How do you plead to each of these allegations

21   against you, sir, true or not true?

22          *MS. TAFT:*  Your Honor, if I may have a brief moment

23   to discuss with the government?  Thank you.

24          *(Conferring)*

25          *MS. TAFT:*  My apologies, Your Honor.

```
1              Mr. Wilks intends to plead true to the allegations
2   contained in Roman Numeral I of the originally-filed petition,
3   and we would plead not true to the allegations contained in
4   Roman Numeral II, as well as the addendum.
5              THE COURT:  Okay.  The only Roman Numeral II that
6   I'm considering is the one in the addendum because Roman
7   Numeral II in the original seems to be superseded by Roman
8   Numeral II in the addendum.
9              MS. TAFT:  That's fair, Your Honor.
10             THE COURT:  Okay.  So you're pleading not true to
11  Roman Numeral II, III, and following?
12             MS. TAFT:  Correct, yes.
13             THE COURT:  You're pleading not true to everything
14  in the addendum?
15             MS. TAFT:  That's correct.
16             THE COURT:  Okay.  Does the government have anything
17  to present to the Court in support of the defendant's plea of
18  true to the allegations contained in Roman Numeral I of the
19  Original Petition for Person Under Supervision or in
20  contradiction of the defendant's plea of not true to all of
21  the allegations contained in the addendum to the petition?
22             MR. LEWIS:  Your Honor, we have nothing to offer the
23  Court as far as Roman Numeral I, but as far as Roman Numeral
24  II, I believe defense counsel has reviewed police reports from
25  Parker County Sheriff's Department that she does not have an
```

```
 1    objection to the Court reviewing, and if I can confirm with my
 2    probation officer, briefly, to see if I need to do anything
 3    else for Roman Numeral II, I would appreciate it.
 4              THE COURT:  Take your time.
 5              MR. LEWIS:  Thank you, sir.
 6              (Conferring)
 7              MR. LEWIS:  Judge, permission to approach with the
 8    reports that defense counsel has reviewed as a government's
 9    exhibit.  I would like an opportunity to have Ms. Kathleen
10    Lamour, the probation officer, testify briefly on allegation
11    two to clear up, I think, a brief conversation between the
12    defendant -- that she had with him directly.
13              THE COURT:  All right.
14              MR. LEWIS:  And maybe expanding other knowledge that
15    we may need on Roman Numeral II.
16              THE COURT:  You bet.  Go ahead.  And what you are
17    offering now is exhibit what?
18              MR. LEWIS:  1.
19              THE COURT:  Exhibit 1 for the government?
20              MR. LEWIS:  Yes, sir.
21              THE COURT:  And I understand there's no objection?
22              MS. TAFT:  No, Your Honor.
23              THE COURT:  All right.  Government's Exhibit 1,
24    which is four pages, I think -- pardon me, six pages, which
25    includes a cover sheet for the Parker County Sheriff's
```

1   Office, an incident investigation report, and a reporting

2   officer narrative, and the incident suspect lists are all

3   admitted.

4          *MR. LEWIS:*  Thank you, Judge.

5          At this time, if the Court permits, I would call

6   Officer Kathleen Lamour to the stand.

7          *THE COURT:*  All right.  Good morning.  Please raise

8   your right hand and be sworn.

9          (Witness sworn)

10          *THE COURT:*  Please be seated in the witness chair.

11          *MR. LEWIS:*  Permission to be seated, Judge?

12          *THE COURT:*  Yes, sir.

13          *MR. LEWIS:*  Thank you, sir.  It's been a while since

14   I've done this, but can I stand here and ask questions?

15          *THE COURT:*  I prefer the lectern, but if you've got

16   a lot of papers there that you would have to -- if that's all

17   you need to take, go to the lectern.

18          *MR. LEWIS:*  I'll try to pull it off.

19                    **KATHLEEN LAMOUR,**

20   having been first duly sworn, testified as follows:

21                    **DIRECT EXAMINATION.**

22   **BY MR. LEWIS:**

23   *Q.*     Please state your name for the record.

24   *A.*     My name is Kathleen Lamour.

25   *Q.*     Where are you employed?

1    *A.*        For the United States Probation Office.

2    *Q.*        Are you one of the probation officers for the

3    defendant, Mr. James Wilks?

4    *A.*        I am.

5    *Q.*        And how long have you been the probation officer for

6    Mr. Wilks?

7    *A.*        I met Mr. Wilks in 2016.

8    *Q.*        Okay.  Just for declaring in the record, Mr. Wilks is

9    in the courtroom; is that correct?

10   *A.*        He is.

11   *Q.*        Okay.  Can you describe briefly what he's wearing?

12   *A.*        He's wearing an orange and white jumpsuit.

13   *Q.*        Okay.  I want -- you were in the court previously

14   whenever it was stated that Mr. Wilks is going to, and has

15   pled true to allegations in Roman Numeral I of the report, so

16   I really want to focus on Roman Numeral II of the report, if

17   you could expand on any knowledge that you would have on that

18   regarding maybe any conversation you have had with Mr. Wilks

19   concerning the allegations in Roman Numeral II.

20   *A.*        So, Roman Numeral II alleges that --

21            *THE COURT:*  We're talking about Roman Numeral II of

22   the addendum?

23            *MR. LEWIS:*  Of the addendum, that's correct.

24            *THE WITNESS:*  That's right, yes.  Yes.

25            It alleges that he should not have any computer,

1    other than the one he was authorized to use; that he shouldn't

2    access any internet service provider; that he shouldn't

3    maintain or create user accounts on any social networking

4    sites; that he shouldn't possess a web cam or other hardware

5    that allows for the exchange of video or photographs online.

6    Also says he should not use or own any device that allows

7    internet access, other than the one that --

8         THE COURT:  Can you slow down just a little bit and

9    articulate just a little better for my ears and her fingers.

10        THE WITNESS:  Yes, I'm sorry.

11        So, he is not to own or use a device that allows

12   internet access, other than the one that's authorized by the

13   U.S. Probation Office.  It also alleges that he should not

14   possess or have under his control any pornographic matter of

15   any kind, and that he should participate and comply with the

16   Computer and Internet Monitoring Program.

17        And so, when Mr. Wilks was supervised in the Western

18   District of Texas, he was found to be in possession of a

19   laptop computer during a home contact out there.  That laptop

20   was turned over to the U.S. Probation Officer in Texas Western

21   by Mr. Wilks, and Mr. Wilks immediately returned to Texas

22   Northern to continue supervision.  So, that laptop was then

23   sent to Texas Northern from Texas Western, and we were able to

24   preview it in district.

25   Q    (BY MR. LEWIS)  Okay.  And what was the result of the

1  preview?  Not the full forensic exam of the computer, but the

2  preview of the computer contents.

3  A.       So, there was multiple CGI, so computer-generated

4  images of sexually explicit materials.

5          THE COURT:  Can you tell us what the letters stand

6  for?

7          THE WITNESS:  Oh, computer-generated imagery, CGI,

8  of female children engaged in sexually explicit conduct with

9  adults.  We've alleged in Roman Numeral II kind of the search

10  terms that he used.

11  Q   (BY MR. LEWIS)  And those were found on the computer?

12  A.       They were found on the computer, yes.

13  Q.       What search terms were used?

14  A.       Toddler, lolicon, which was a CGI photo of an older

15  male, approximately 70 years old, having sexual intercourse

16  with a female toddler.  The female toddler is bent over in a

17  chair.  The background is the child's playroom.

18  Q.       I think we can focus on the search terms.  I think

19  the search terms would give us an indication of what the

20  intent was to be searched on the internet; is that correct?

21  A.       Yes, sir.

22          THE COURT:  Now, let me make sure.

23  Computer-generated images are images that the computer

24  generates that are not actual children?

25          THE WITNESS:  Correct, that appear to be.

 1          THE COURT:  They are very similar to or -- do they

 2     look cartoonish or do they look like real children?

 3          THE WITNESS:  I did not see these images, so I can't

 4     speak to that specifically.  It's my understanding that they

 5     are made to look like real children.

 6          THE COURT:  And it looks to me like the requirements

 7     that were issued by the Court, the CGI images would be just as

 8     much in violation of the requirements of the conditions, just

 9     as much a violation of the conditions as actual images.  Is

10     that your understanding as well?

11          THE WITNESS:  That is my understanding that they are

12     sexually explicit.

13          THE COURT:  Yes.  Okay.  Go ahead.

14          MR. LEWIS:  Thank you, Judge.

15     Q   (BY MR. LEWIS)  And is it fair to say that once that you

16     received the preview, the results of this computer, you

17     attempted to have a discussion with Mr. Wilks on the findings?

18     A.     I did have a discussion with him, yes.

19     Q.     And where did that discussion take place?

20     A.     In the probation office.

21     Q.     In this building?

22     A.     Yes, sir, downstairs.

23     Q.     And what did Mr. Wilks have to say about the

24     computer?

25     A.     He said that he wanted to basically circumvent our

1    monitoring software.  He did have in his possession a cell

2    phone that was monitored and approved by the probation office,

3    but that he obtained this computer to look at pornography kind

4    of under the radar.

5    Q.       And he stated that he knew what he was doing?

6    A.       Yes.

7    Q.       That he was circumventing the rules put in place

8    prohibiting him from accessing these type of images or

9    pornography on the internet?

10    A.       That's correct.

11    Q.       Okay.  What else did he have to say?

12    A.       We asked about -- we found multiple e-mail addresses,

13    multiple pornography accounts.  When I asked him about the

14    e-mail addresses, he said that he was required to, I guess,

15    create an account with an e-mail address in order to save his

16    images online, and, of course, these are e-mail accounts that

17    he had not reported to either the probation office or to

18    Parker County Sheriff's Department, which is a requirement of

19    sex offender registration.

20    Q.       Okay.  So that's also another violation that he

21    admitted to?

22    A.       Yes, uh-huh.

23    Q.       Okay.  Did he say that he was interested, sexually,

24    in children?

25    A.       Yes.

1    Q.        And how did he say that?

2    A.        He said that he would look at images and search for

3    images of children or CGI hentai-type images in order --

4              THE REPORTER:  I'm sorry, CGI what?

5              THE WITNESS:  Images.

6              THE REPORTER:  No, the other word.

7              THE WITNESS:  Hentai.  Pardon me, if I'm pronouncing

8    that wrong.

9    Q    (BY MR. LEWIS)  Can you spell that?

10   A.        H-E-N-T-A-I.

11   Q.        And what does that mean, hentai?

12   A.        It's like cartoonish, sexually explicit material.

13   Q.        Sure.

14   A.        But that he searched those for the express purpose of

15   sexual gratification.

16   Q.        And those -- did he focus his search on a particular

17   age group of individuals?

18   A.        Prepubescent females.

19   Q.        And that, through the preliminary review of the

20   computer, is consistent with his statement to you that he was

21   sexually interested in children?

22   A.        It is, yes.

23   Q.        Now, I understand that he also made some statements

24   regarding other controlled substance usage; is that correct?

25   You can speak about it briefly.  I just want to make sure that

1    I complete his statement that he had with you.

2    A.       He did.  We talked about his methamphetamine use.   He

3    tested positive for methamphetamine while he was in Texas

4    Western.   That specimen was sent up to our national

5    laboratory, it was confirmed positive, and he denied use over

6    and over and over again until one of the images on the

7    computer preview was an image of him appearing to smoke

8    methamphetamine while masturbating on video, at which point we

9    talked to him about the findings, and he admits, yes, I was

10   using methamphetamine, and the reason that he was so adamant

11   that he hadn't was because he knew that if he used

12   methamphetamine, he would be revoked.

13   Q.       Okay.  In regards to Government's Exhibit 1 provided

14   to the Court regarding the events in Parker County, can you

15   tell us to the best of your knowledge what your understanding

16   is of what's going on with the events in Parker County?

17   Because it's not as direct as it could be, but maybe you can

18   clear that up.

19   A.       So, Parker County -- I made Parker County aware of

20   the additional identifiers that we had spoken about, the other

21   e-mail accounts, and learned that that is a requirement of sex

22   offender registration that any online identifier is also

23   reported, as a matter of course, through registration, and

24   Mr. Wilks had only reported one e-mail address, which is also

25   the e-mail address that we knew of.

1  *Q.*      And that's in violation of Parker County's rules and

2  laws, correct?

3  *A.*      The State of Texas.

4  *Q.*      The State of Texas laws, sorry, but that Parker

5  County is enforcing at this point?

6  *A.*      That's correct.

7  *Q.*      Okay.  So, because of these notifications to Parker

8  County in regards to the multiple e-mail addresses held by

9  Mr. Wilks, that is the reason why they are seeking at this

10  point in time to charge him, via state law, in regards to the

11  Sex Offender Registration Act; is that correct?

12  *A.*      That's correct.

13          *MR. LEWIS:*  Okay.  Just want to make the Court clear

14  that the Exhibit 1 doesn't necessarily state that directly,

15  but that's the reason why Mr. Wilks is facing state charges

16  currently in Parker County.

17          *THE COURT:*  Thank you.

18  *Q*   *(BY MR. LEWIS)*  Have I missed anything?  I want to make

19  sure I get his statement that he gave to you.  Any other items

20  we need to address, Officer?

21  *A.*      Other than, we also found what appeared to be

22  photoshopped images of an actual female child, kind of

23  superimposed on a sexually explicit image of himself, and we

24  asked him directly who this child was because it was the same

25  child in at least two images.

1  Q.      Because this child, from appearances, seemed to be

2  real?

3  A.      Yes.

4  Q.      And was not a computer-generated image?

5  A.      That's correct.

6  Q.      It's a real child?

7  A.      Yes.

8  Q.      That's been photoshopped with an image with the

9  defendant?

10  A.      That's correct.

11  Q.      And what was the defendant doing in this image?

12  A.      Masturbating.

13  Q.      And did we find out who this child was?

14  A.      It's my understanding that it is his new wife's

15  ten-year-old daughter.

16          MR. LEWIS:  Nothing further, Judge.  Thank you.

17          THE COURT:  But my understanding is that the image

18  of the ten-year-old daughter appears to have been secured

19  without her being in his presence?

20          THE WITNESS:  It appears photoshopped.  I don't know

21  that she was ever in physical proximity with --

22          THE COURT:  Didn't the mother deny that he had

23  been -- that the daughter had been in his presence?

24          THE WITNESS:  Yes, sir.  Yes.

25  Q    (BY MR. LEWIS)  So, this wasn't an image necessarily that

Debbie Saenz, CSR, RMR, CRR, TCRR
United States District Court
(817) 850-6661

1   he took, it was just an image that he has acquired through

2   some other means?

3   A.      Correct.

4           MR. LEWIS:  Does that clear that up, Judge?

5           THE COURT:  That's what I understood, so, yes, sir.

6           MR. LEWIS:  I wanted to make that clear.

7           THE COURT:  It confirms what I understood.

8   Q   (BY MR. LEWIS)  Our understanding is that Mr. Wilks

9   didn't take that picture of that minor child, to the best of

10  our knowledge; is that correct?

11  A.      I have no information to suggest that that happened.

12          MR. LEWIS:  Thank you, Judge.

13          THE COURT:  Somehow -- somehow the image was

14  supplied to him, and he took it and superimposed himself,

15  pleasuring himself, on the same image?

16          THE WITNESS:  Yes, sir.

17          THE COURT:  Is it a video or a still?

18          THE WITNESS:  I believe it's a still.  It's my

19  understanding that there is a collage of multiple images of

20  the girl with Mr. Wilks in the photo, and then an image of

21  Mr. Wilks and the child, like in between her legs, kind of

22  looking at him or looking towards his direction.

23          THE COURT:  Okay.  All right.  So it would appear

24  that this was an image he created for his own gratification?

25          THE WITNESS:  Yes, sir.

| | |
|---|---|
| 1 | *THE COURT:*  Okay.  Thank you. |
| 2 | Cross-examination? |
| 3 | *MS. TAFT:*  Yes.  Just briefly, Your Honor. |
| 4 | **CROSS-EXAMINATION** |
| 5 | **BY MS. TAFT:** |
| 6 | *Q.*      Ms. Lamour, when you met with Mr. Wilks to discuss |
| 7 | the laptop, he did not attempt to minimize his actions there, |
| 8 | did he?  He was forthcoming about -- |
| 9 | *A.*      Yes.  He said it was his laptop, why he bought the |
| 10 | laptop, when he bought the laptop, and what it was for. |
| 11 | *Q.*      And the images that were seen or that were reported |
| 12 | from the computer, you have not personally seen those? |
| 13 | *A.*      That's correct. |
| 14 | *Q.*      Okay.  And you have not personally seen a copy of the |
| 15 | photograph that we were just discussing that's been |
| 16 | photoshopped by Mr. Wilks either? |
| 17 | *A.*      No, ma'am. |
| 18 | *Q.*      Okay.  And throughout his time on supervision, |
| 19 | there's been no allegations that he has been around children |
| 20 | he is not supposed to be around; is that correct? |
| 21 | *A.*      I have no information to suggest he has. |
| 22 | *Q.*      And in that photoshopped picture, I just want to make |
| 23 | perfectly clear that there is no real child present, according |
| 24 | to the reports that you've reviewed and your understanding of |
| 25 | that photo? |

1    A.        So, the photoshopped image does appear to be a real

2    child, but they don't appear to be together in the image.

3    Q.        Exactly.

4    A.        Other than by photoshop.

5    Q.        Thank you.  Thank you.

6    A.        Sorry.

7    Q.        And failure to register, in regards to the Parker

8    County charge, that can be for a number of things, correct?

9    Failure to register, for example, might be if you failed to

10   show up and report annually, you could get a failure to

11   register?

12   A.        That's correct.

13   Q.        Okay.  So you could also get a failure to register

14   for something arguably smaller, like failing to disclose even

15   one e-mail address?

16   A.        That's correct.

17   Q.        Okay.

18             MS. TAFT:  Pass the witness.

19             THE COURT:  Redirect?

20             MR. LEWIS:  No, thank you, sir.

21             THE COURT:  You may step down.  Thank you.

22             THE WITNESS:  Thanks.

23             THE COURT:  Does the government have anything

24   further to present?

25             MR. LEWIS:  No, Your Honor.

1          *THE COURT:*  Does the defendant have anything to

2    present to the Court either on the question of revocation or

3    the appropriate sentence in the event of revocation?

4          *MS. TAFT:*  Yes, Your Honor, briefly.

5          *THE COURT:*  Go ahead.

6          *MS. TAFT:*  The Court is familiar with Mr. Wilks's

7    case.  He's been here on previous revocations wherein the

8    Court has given him a number of chances to get back on track.

9    I know he's thankful for those opportunities, and from our

10   discussions, he does feel a real disappointment in himself for

11   being here again.

12         When he did his time on that 2017 revocation, he

13   ended up picking up another charge while in custody and added

14   three more months to his total sentence.  I think it's of note

15   there that of that time he did, a year of it was in the SHU,

16   arguably more difficult time than just being in general

17   population.

18         So, Mr. Wilks started his 5-year and 3-year terms of

19   supervision back in 2018, so he's now halfway done with the

20   5-year term, and when the petition was filed, he was just two

21   days shy of completing that 3-year term.  So, during that

22   time, he did do well for the first several years.  I think in

23   2019, his only violations were for missing a few drug classes.

24   2020, he missed two drug classes and admitted to alcohol use

25   on one occasion.

1          So, it's not until 2021 that Mr. Wilks begins to

2     have some real issues.  It starts -- he's coping with stress,

3     he's using CBD, which then lead him to use Delta 8.  He came

4     clean to Ms. Lamour about that use in April, and, shortly

5     thereafter, checked himself into inpatient therapy in

6     Pflugerville and had his supervised release transferred down

7     there.

8          He completed that program, started working at the

9     facility, and learns of infidelity issues with his girlfriend,

10    which leads him spiraling back into a meth addiction.

11         And, you know, after moving back to the Northern

12    District in October of this year, Mr. Wilks did get back on

13    track.  He's had clean UAs.  He's moved back in with his

14    parents.  He's been able to spend time with his 17-year-old

15    son.  I think, more importantly, he started attending AA

16    meetings where he's had a good sponsor, and he's starting to

17    work with a sponsee to help them work the program as well.

18         He's also found a job that he hopes to turn into a

19    career working at a dog training facility.  I spoke with the

20    owner of that facility.  It's called Tip Top K9.  She said

21    he's a great employee, great with animals.  She wants him back

22    as soon as he's able to.

23         So, regarding the petitions, we are here on two

24    different revocations, the original offense as well as the

25    charge that he picked up in custody.  We would request a

 1    sentence within the policy statement range, particularly

 2    understanding the Court will run those terms consecutive.

 3           I don't think Mr. Wilks is blaming anyone but

 4    himself here, and he's grateful for the help Ms. Lamour has

 5    given him during the time on supervision, and so, he would

 6    like to continue working AA, and we would request placement at

 7    Seagoville so he can continue to receive sex offender

 8    treatment there as well.

 9           THE COURT:  All right.  Thank you.

10           Mr. Wilks, do you wish to speak on your own behalf

11    or present any information in mitigation of your situation?

12           THE DEFENDANT:  Yes, Your Honor.

13           THE COURT:  Go ahead, sir.

14           THE DEFENDANT:  I'm sorry.  I thought a --

15           THE COURT:  I've been watching you.  You are under

16    great stress.  I understand that.

17           THE DEFENDANT:  Yes, sir.

18           THE COURT:  And you should be.

19           THE DEFENDANT:  Yeah.  I've been thinking a long

20    time about what I was going to say today.  I've known that

21    this was coming.  You know, I'm not surprised today.

22           I guess all I really want to say is when I got out

23    of the prison the last time, I -- you know, that year in the

24    SHU, I know a lot of people go through that.  It was rough to

25    me.  When I got out, I felt different.  I felt changed.  I

1   didn't want drugs.  I didn't want to behave badly.  And I

2   thought I was -- I thought I was just done with this, you

3   know, and I told everyone that.

4             And I was successful for a while.  I worked the same

5   job the entire time, and I did well there.  I went to PSY and

6   I love it there, and I feel like I learned a lot about myself

7   there, but at some point, it became academic.  I was giving

8   other people advice and not looking at it -- not looking at my

9   own mind.

10            THE COURT:  Well, you can give other people advice

11  that you know is right and still not be able to follow it

12  yourself.

13            THE DEFENDANT:  Yeah, it's -- I -- it's not that I

14  don't have an explanation for that, but it was something I

15  didn't understand at the time.  And now, looking back, I do

16  see my failure to apply things to my own life.  And I didn't

17  recognize that I was starting to look for something else, and

18  drugs were the first thing I went to, porn was the second

19  thing I went to, and immediately plunged me into a life of

20  fear and hate of myself of what I was doing and -- which just

21  makes it worse.

22            I tried to pull myself out.  I went to rehab, and,

23  honestly, I know it doesn't look that way now, but I had a

24  great experience there.  I have never stood in front of you

25  and said that I wanted to be the man that God wants me to be.

1    I've never talked about God in my life, ever, and my
2    experience there changed that for me.
3          When I got out and the world hit me again, I did not
4    handle it correctly. I did not give it to God the way I was
5    supposed to, and I fell even harder than I did before.
6    Methamphetamines makes -- doesn't make me do anything, but it
7    lowers my inhibitions. It gives me a sexual charge, and I do
8    things that are disgusting.
9          I have no -- I -- I knew it was coming, this, today,
10   and I know you've shown me leniency. You've been fantastic,
11   you have, and I've squandered it, I know, and Kathleen has
12   given me every tool that I ever needed to do this right, and I
13   did not give up and I'm not giving up today.
14         I found a job. I mean, this is ridiculous that
15   everything came together. I found an AA group that I actually
16   liked where people were -- they needed my help and they were
17   helping me. It's hard to find sometimes, and I found it, and
18   then I found a job that I could suddenly be passionate about.
19   I found -- everything came together.
20         I found a way in my phone for my family to track me
21   wherever I went, and it felt good. I didn't spiral downwards.
22   I put methamphetamines down. I have never done that in my
23   life without someone grabbing me and stopping me. That's how
24   bad I want to do better.
25         Ezio at PSY, he said things to me before I left that

```
 1    meant something.  I had never had him before as a counselor,

 2    and he took me to task, and I feel like -- I know what's going

 3    to happen today, you know, to a degree, and, you know, I'm

 4    going to face it, I am, but I vow to you that I'm done with

 5    this.  I want to be the man that God wants me to be, and I'm

 6    going to work hard, however I can.  Whatever is in front of

 7    me, I'm going to use to fix this, and I'm never going to be in

 8    front of you again.  And thank you.

 9              THE COURT:  I appreciate what you said.

10              Does the government wish to be heard?

11              MR. LEWIS:  Yes, Judge, briefly.

12              Well, I've been a prosecutor on the case with

13    Mr. Wilks since 2008, and, you know, I'll admit to the Court

14    that he's an incredibly intelligent man, and he's well-spoken,

15    without question, and part of me feels that that's a great

16    thing because he's able to navigate difficult waters in the

17    future and able to do that.

18              Regretfully, we've been here too many times, and

19    it's for that reason why I feel obligated to ask the Court to

20    impose a sentence on each one of these different cases for

21    Mr. Wilks.  One -- I think it's twofold, one to protect others

22    in society, and one to maybe get him the help he needs away

23    from other outside interferences.

24              I would request that on case -- there's two cases

25    here.  On 4:08-CR-106-Y, I believe it's a B grade violation.
```

1    I believe the imprisonment range is anywhere from 4 to 10

2    months.  I would ask for 10 months on that case.

3         And then on 4:21-CR-302-Y, which is a grade

4    violation B, I believe the imprisonment range is 8 to 14

5    months, I would ask for 14 months on that.

6         And it's my understanding pursuant to 7B1.3(f) --

7    and I know what I'm asking for, Judge, but I believe they have

8    to be served consecutively.  I'm asking for two years for

9    Mr. Wilks to be in prison, and then for a lengthy time of

10   supervised release to be placed after that.  Thank you, sir.

11        THE COURT:  Thank you.

12        Mr. Wilks, I appreciate your sentiments, and I take

13   them at face value.  I don't think you said anything that's

14   untrue, but I want to give a preface to the sentence I'm going

15   to impose.

16        When you first appeared here, I gave you a 60-month

17   sentence, despite the fact that your guideline range was 210

18   to 260 months.  So, I didn't give you a 20-year sentence or

19   more, I gave you a 5-year sentence, which was, in part, a

20   departure from my own conscience and certainly a departure

21   from what the law would provide.

22        I mean, I'm allowed to do it, but certainly I needed

23   to give good reasons for doing so, and apparently I gave good

24   enough reasons that the sentence wasn't appealed, which the

25   government had every right to appeal it, and it could have

1    been reversed.  I don't think it would have been, but it could

2    have been.

3            Then we've been back here in October of 2014, and

4    December of 2014, and then we received a plea of true in 2015,

5    but I recessed the hearing anyway because I wanted to give you

6    every chance.  You are clearly very intelligent.  You clearly

7    don't want to do what you are doing.

8            There's a great quote from Roman's about that, I

9    find myself doing the thing I wish I did not and could not do.

10   It's descriptive of the human condition for all of us at

11   different times in our lives.

12           The problem here is that I've given so much leniency

13   and so much that I just can't have the patience anymore.  So,

14   understand that when I give this sentence, and expect the next

15   one, that that's the basis upon which I'm doing it.

16           And, I don't think I can trust you.  I understand

17   what you have said.  I understand you have every intention of

18   following through as you have said, but you've shown so far

19   that you've been unable to do that.

20           I can't know if that now finally you are able or not

21   able, so my job given to me by the President and Congress is

22   to act to protect the public.  And while it's true that you

23   don't have a record of actual reaching out and touching

24   minors, you're doing things that put them in jeopardy, and

25   you're making them -- helping make a market for those who do

```
 1   that.

 2            I adopt the statements -- oh, my decision will be

 3   announced and the attorneys will have an opportunity to make

 4   objections.

 5            I adopt the statements contained in the supervised

 6   release petition for person under supervision, and I've

 7   considered the evidence and arguments presented there and here

 8   today.  I find that James Wilks has violated the following

 9   conditions of supervision:

10            The mandatory condition about possessing illegal

11   controlled substances, standard condition number 7, the

12   additional condition about unlawfully using controlled

13   substances, the special conditions about failing to attend --

14   or the special condition requiring attendance at mental health

15   treatment and substance abuse treatment programs, the

16   additional condition regarding using unauthorized computers

17   and internet-capable devices, creating a social networking

18   account, failing to comply with the Computer and Internet

19   Monitoring Program, the additional condition regarding using a

20   computer to obtain pornographic matter, the additional

21   condition regarding having contact with minors, the additional

22   condition of mandatory and additional about failing to comply

23   with sex offender registration requirements, and the

24   additional condition about being unsuccessfully discharged

25   from sex offender treatment program.
```

```
 1              The United States Sentencing Commission policy
 2    statements contained in Chapter 7 regarding supervised release
 3    violations have been duly considered.
 4              It is the judgment of the Court that James Wilks, in
 5    Case Number 4:08-CR-106-Y, be committed to the custody of the
 6    Federal Bureau of Prisons for a term of 24 months,
 7    consecutively to any sentence imposed in Case Number
 8    4:21-CR-302-Y, under Sentencing Guideline Section 7B1.3(f).
 9              Upon release from the custody of the Federal Bureau
10    of Prisons, the defendant shall return to supervised release
11    for a term of life under the same conditions that were imposed
12    on March 9, 2009, in Case Number 4:08-CR-106-Y, in this
13    Court's judgment in a criminal case, docket 52, and any
14    modifications that may have been ordered subsequently by this
15    Court.
16              It's the Court's finding -- it is the Court's
17    finding that James Wilks violated his conditions of supervised
18    release as previously categorized.  A sentence of 24 months
19    will serve to address the violation conduct committed by him
20    and as a deterrent from further criminal activity.
21              I have now stated the sentence and the reasons
22    therefor.  I call upon the parties to indicate any legal
23    reason why sentence may not be imposed as stated.
24              MR. LEWIS:  Not from the government, Your Honor.
25              MS. TAFT:  Not from the defense, Your Honor.
```

1          *THE COURT:*  Sentence is then imposed as stated.

2          Mr. Wilks, you have the right to appeal the sentence

3   that I have imposed.  I did some research this morning to make

4   sure I could give you a life -- a term of life of supervised

5   release, which I think is appropriate given everything that

6   you have been through, but I -- you may want to look at that.

7   I think it's within the power of the Court, but certainly if

8   you appeal it, that would be understandable.

9          But you have the right to appeal the sentence that I

10  have imposed.  You also have the right to apply for leave to

11  appeal in forma pauperis, if you're unable to pay the costs of

12  an appeal.

13         You have returned to me this morning an instrument

14  entitled Notice of Right to Appeal Sentence.  Please

15  understand that this is the Court's notice to you that you

16  have the right to appeal.  It is not your notice to the Court

17  that you are, in fact, appealing.

18         And if you decide to appeal, you must do so within

19  14 days, in writing, filed with the Court, and Ms. Taft will

20  assist you in that if you ask her to.

21         Do you have any questions, sir?

22         *THE DEFENDANT:*  No, Your Honor.

23         *THE COURT:*  All right.

24         *(End of Proceedings)*

25

1                     **REPORTER'S CERTIFICATE**

2          I, Debra G. Saenz, CSR, RMR, CRR, certify that the

3     foregoing is a true and correct transcript from the record

4     of proceedings in the foregoing entitled matter.

5          Further, due to the COVID-19 pandemic, participants wore

6     masks or were heard via videoconference, so proceedings were

7     transcribed to the best of my ability.

8          I further certify that the transcript fees format

9     comply with those prescribed by the Court and the Judicial

10    Conference of the United States.

11         Signed this 4th day of March, 2022.

12

13                          /s/ Debra G. Saenz

14                          DEBRA G. SAENZ, CSR, RMR, CRR
                            Texas CSR No. 3158
15                          Official Court Reporter
                            The Northern District of Texas
16                          Fort Worth Division

17

18    CSR Expires:          1/31/2024

19    Business Address:     501 W. 10th Street, Room 507
                            Fort Worth, Texas  76102
20

21    Telephone:            817.850.6661

22    E-Mail Address:       debbie.saenz@yahoo.com

23

24

25

**/**

/s [1]  34/13

**0**

01 [1]  1/7
03 [1]  2/3
04 [1]  2/4
08 [1]  2/5

**1**

1/31/2024 [1]  34/18
10 [4]  2/7 2/19 29/1 29/2
10:26 [2]  1/8 3/2
10th [2]  1/21 34/19
14 [3]  29/4 29/5 33/19
16 [2]  1/6 3/2
17-year-old [1]  24/14
1700 [1]  1/15
18 [4]  6/12 6/13 6/22 7/4
19 [1]  34/5

**2**

20-year [1]  29/18
2008 [1]  28/13
2009 [1]  32/12
2014 [2]  30/3 30/4
2015 [1]  30/4
2016 [1]  11/7
2017 [1]  23/12
2018 [1]  23/19
2019 [2]  5/12 23/23
2020 [2]  5/7 23/24
2021 [8]  1/6 3/2 5/8 5/10 5/12 6/1 7/16 24/1
2022 [1]  34/11
2024 [1]  34/18
21 [1]  2/8
210 [1]  29/17
23 [1]  2/10
24 [2]  32/6 32/18
25 [1]  2/11
260 [1]  29/18
28 [1]  2/12
29 [2]  2/13 7/16

**3**

3-year [2]  23/18 23/21
3158 [1]  34/14
34 [1]  2/14
35 [1]  2/15
3rd [1]  3/14

**4**

4:08-CR-106-Y [5]  1/4 3/6 28/25 32/5 32/12
4:21-CR-302-Y [2]  29/3 32/8
4th [1]  34/11

**5**

5-year [3]  23/18 23/20 29/19
501 [2]  1/21 34/19
507 [2]  1/21 34/19
52 [1]  32/13

**6**

60-month [1]  29/16
6882 [1]  1/16

**7**

70 [1]  13/15
76102 [3]  1/19 1/22 34/19
76102-6882 [1]  1/16
7B1.3 [2]  29/6 32/8

**8**

801 [1]  1/15
817.252.5200 [1]  1/16
817.850.6661 [2]  1/22 34/21
817.978.2753 [1]  1/20
819 [1]  1/19

**9**

9-10 [1]  2/19
9A10 [1]  1/19

**A**

a.m [2]  1/8 3/2
AA [3]  24/15 25/6 27/15
ability [1]  34/7
able [8]  12/23 24/14 24/22 26/11 28/16 28/17 30/20 30/21
about [25]  3/20 4/20 5/18 5/8 5/9 5/25 11/21 14/23 15/12 15/13 16/25 17/2 17/9 17/20 21/8 24/4 25/20 26/6 27/1 27/18 30/8 31/10 31/12 31/13 31/22 31/24
about -- we [1]  15/12
abstain [1]  5/7
abuse [2]  5/11 31/15
academic [1]  26/7
access [7]  6/9 6/12 6/13 6/18 12/2 12/7 12/12
accessing [1]  15/8
accordance [1]  7/13
according [1]  21/23
account [3]  6/11 15/15 31/18
accounts [4]  12/3 15/13 15/16 17/21
acknowledge [1]  4/24
acquired [1]  20/1
act [2]  18/11 30/22
actions [1]  21/7
activity [2]  6/5 32/20
actual [4]  13/24 14/9 18/22 30/23
actually [1]  27/15
adamant [1]  17/10
added [1]  23/13
addendum [13]  3/5 3/14 4/2 4/20 5/3 5/24 8/4 8/6 8/8 8/14 8/21 11/22 11/23
addiction [1]  24/10
additional [25]  4/1 4/6 4/6 4/14 4/16 5/17 6/6 6/9 6/10 6/14 6/17 6/19 6/22 7/3 7/5 7/11 7/17 17/20 31/14 31/19 31/19 31/20 31/21 31/22 31/24
address [8]  15/15 17/24 17/25 18/20 22/15 32/19 34/19 34/22
addresses [3]  15/12 15/14 18/8
admit [1]  7/8
admits [1]  17/9
admitted [4]  2/18 10/3 15/21 23/24
adopt [1]  31/2 31/5
adults [1]  13/9
advice [2]  26/8 26/10
after [2]  24/11 29/10
again [4]  17/6 23/11 27/3 28/8
against [1]  4/7 7/21
age [5]  6/12 6/13 6/22 7/4 16/17
ahead [4]  9/16 14/13 23/5 25/13
alcohol [3]  5/7 5/20 23/24
ALEX [2]  1/14 3/9
all [12]  7/12 8/20 9/13 9/23 10/2 10/7 10/16 20/23 25/9 25/22 30/10 33/23
allegation [1]  9/10
allegations [9]  4/8 7/20 8/1 8/3 8/18 8/21 11/15 11/19 21/19
alleged [7]  5/2 5/6 5/24 6/25 7/8 7/14 13/9
alleges [3]  11/20 11/25 12/13

allow [1]  4/5
allowed [1]  29/22
allows [7]  6/12 6/16 6/18 7/6 12/5 12/6 12/11
also [14]  4/16 6/14 6/25 7/8 12/6 12/13 15/20 16/23 17/22 17/24 18/21 22/13 24/18 33/10
am [2]  11/4 28/4
AMERICA [2]  1/4 3/6
and -- which [1]  26/20
and/or [1]  6/12
animals [1]  24/21
announced [1]  31/3
annually [1]  22/10
another [4]  5/15 7/10 15/20 23/13
another -- pardon [1]  5/15
any [28]  4/14 5/16 5/18 6/7 6/9 6/11 6/13 6/15 6/17 6/20 6/21 6/21 7/6 11/17 11/18 11/25 12/2 12/3 12/6 12/14 12/15 17/22 18/19 25/11 32/7 32/13 32/22 33/21
anymore [1]  30/13
anyone [1]  25/3
anything [7]  8/16 9/2 18/18 22/23 23/1 27/6 29/13
anyway [1]  30/5
anywhere [1]  29/1
apologies [1]  7/25
apparently [1]  29/23
appeal [9]  29/25 33/2 33/8 33/9 33/11 33/12 33/14 33/16 33/18
appealed [1]  29/24
appealing [1]  33/17
appear [4]  13/25 20/23 22/1 22/2
appearances [1]  19/1
appeared [2]  18/21 29/16
appearing [1]  17/7
appears [2]  19/18 19/20
apply [2]  26/16 33/10
appreciate [3]  9/3 28/9 29/12
approach [1]  9/7
appropriate [2]  23/3 33/5
approval [1]  6/8
approved [1]  15/2
approximately [1]  13/15
April [1]  24/4
are [22]  3/8 3/19 4/8 4/17 9/16 10/2 10/25 11/2 13/23 13/24 14/1 14/5 14/11 15/16 18/9 24/23 25/15 27/8 30/6 30/7 30/20 33/17
arguably [2]  22/14 23/16
arguments [1]  31/7
around [2]  21/19 21/20
articulate [1]  12/9
as [32]  4/12 5/14 5/23 7/12 7/18 8/4 8/4 8/23 8/23 8/23 8/23 9/8 10/20 14/7 14/9 14/9 14/10 17/17 17/17 17/22 24/17 24/22 24/22 24/24 24/24 25/8 28/1 30/18 32/18 32/20 32/23 33/1
ask [5]  10/14 28/19 29/2 29/5 33/20
asked [3]  15/12 15/13 18/24
asking [3]  4/17 29/7 29/8
assess [1]  4/6
assist [2]  4/15 33/20
ASSISTANT [1]  1/18
attempt [1]  21/7
attempted [1]  14/17
attend [2]  5/10 31/13
attendance [1]  31/14
attending [1]  24/15
attorneys [1]  31/3
authorized [5]  6/1 6/7 6/18 12/1 12/12
aware [1]  17/19

**A**

awareness [1] 5/11
away [1] 28/22

**B**

back [11] 3/17 4/13 23/8 23/19 24/10
24/11 24/12 24/13 24/21 26/15 30/3
background [1] 13/17
bad [1] 27/24
badly [1] 26/1
basically [1] 14/25
basis [1] 30/15
be [40]
became [1] 26/7
because [8] 8/6 17/11 17/17 18/7 18/24
19/1 28/16 30/5
been [27] 3/22 3/24 10/13 10/20 11/5
19/8 19/18 19/23 19/23 21/15 21/19
21/19 23/7 24/14 25/15 25/19 27/10
28/12 28/18 30/1 30/1 30/2 30/3 30/19
32/3 32/14 33/6
been -- that [1] 19/23
before [6] 1/11 3/4 3/12 27/5 27/25 28/1
begins [1] 24/1
behalf [1] 5/13
behave [1] 26/1
behavioral [1] 5/13
being [7] 3/20 4/12 7/14 19/19 23/11
23/16 31/24
believe [9] 3/21 3/24 4/20 8/24 20/18
28/25 29/14 29/7
bent [1] 13/16
best [3] 17/15 20/9 34/7
bet [1] 9/16
better [2] 12/9 27/24
between [3] 5/12 9/11 20/21
bit [1] 12/8
blaming [1] 25/3
bought [2] 21/9 21/10
brief [7] 7/22 9/11
briefly [7] 9/2 9/10 11/11 16/25 21/3 23/4
28/11
brought [2] 4/7 4/16
building [1] 14/21
bump [1] 3/24
Bureau [2] 32/6 32/9
Business [1] 34/19

**C**

call [2] 10/5 32/22
called [1] 24/20
cam [3] 6/15 7/5 12/4
came [3] 24/3 27/15 27/19
can [15] 9/1 10/14 11/11 12/8 13/5 13/18
16/9 16/25 17/14 17/17 22/8 25/7 26/10
28/6 30/16
can't [3] 14/3 30/13 30/20
candor [1] 4/5
capable [1] 31/17
career [1] 24/19
cartoonish [2] 14/2 16/12
case [12] 1/4 3/6 3/13 4/8 23/7 28/12
28/24 29/2 32/5 32/7 32/12 32/13
case -- there's [1] 28/24
cases [2] 28/20 28/24
categorized [1] 32/18
CBD [1] 24/3
cell [1] 15/1
certain [1] 5/4
certainly [3] 29/20 29/22 33/7
Certificate [2] 2/14 34/1
certify [2] 34/2 34/8

**CGI** [6] 13/3 13/7 13/14 14/7 16/3 16/4
chair [2] 10/10 13/17
chance [1] 30/6
chances [1] 23/8
changed [2] 25/25 27/2
Chapter [1] 32/2
charge [5] 18/10 22/8 23/13 24/25 27/7
charges [5] 3/22 4/7 4/14 4/16 18/15
checked [1] 24/5
Cherry [1] 5/1
child [10] 18/22 18/24 18/25 19/1 19/6
19/13 20/9 20/21 21/23 22/2
child's [1] 13/17
children [11] 6/5 7/1 7/4 13/8 13/24 14/2
14/5 15/24 16/3 16/21 21/19
Christopher [1] 5/1
circumvent [1] 14/25
circumventing [1] 15/7
classes [2] 23/23 23/24
clean [2] 24/4 24/13
clear [6] 9/11 17/18 18/13 20/4 20/6
21/23
clearly [2] 30/6 30/6
cognitive [1] 5/13
collage [1] 20/19
come [2] 3/17 4/13
coming [2] 25/21 27/9
Commission [1] 32/1
commit [2] 5/15 7/10
committed [2] 32/5 32/19
communication [1] 7/2
complete [1] 17/1
completed [1] 24/8
completing [1] 23/21
comply [6] 6/2 6/23 7/8 12/15 31/18
31/22 34/9
computer [1] 1/25 4/9 4/10 5/25 6/2 6/4
6/7 6/24 11/25 12/16 12/19 13/1 13/2
13/3 13/7 13/11 13/12 13/23 13/23
14/16 14/24 15/3 16/20 17/7 19/4 21/12
31/18 31/20
computer-generated [5] 6/4 13/3 13/7
13/23 19/4
computers [1] 31/16
concerned [1] 3/19
concerning [2] 4/9 11/19
condition [27] 5/15 5/17 5/17 5/19 5/22
6/6 6/9 6/10 6/15 6/17 6/19 6/22 7/3 7/5
7/10 7/11 7/17 30/10 31/10 31/11 31/12
31/14 31/16 31/19 31/21 31/22 31/24
conditions [7] 5/4 14/8 14/9 31/9 31/13
32/11 32/17
conduct [2] 13/8 32/19
Conference [1] 34/10
Conferring [2] 7/24 9/6
confirm [1] 9/1
confirmed [1] 17/5
confirms [1] 20/7
Congress [1] 30/21
conscience [1] 29/20
consecutive [1] 25/2
consecutively [2] 29/8 32/7
considered [2] 31/7 32/3
considering [1] 8/6
consistent [1] 16/20
contact [4] 7/1 7/3 12/19 31/21
contained [6] 8/2 8/3 8/18 8/21 31/5 32/2
contents [1] 11/11
continuance [5] 2/3 3/13 4/14 4/17 4/23
continue [3] 12/22 25/6 25/7
contradiction [1] 8/20
control [2] 6/20 12/14
controlled [5] 5/16 5/18 16/24 31/11

31/12
conversation [2] 9/11 11/18
copy [1] 21/14
correct [22] 8/12 8/15 11/9 11/23 13/20
13/25 15/10 16/24 18/8 18/6 18/11
18/12 19/5 19/10 20/3 20/10 21/13
21/20 22/8 22/12 22/16 34/3
correctly [1] 27/4
costs [1] 33/11
could [10] 4/7 11/17 17/17 22/10 22/13
27/18 29/25 30/1 30/9 33/4
counsel [3] 4/11 8/24 9/8
counselor [1] 28/1
County [12] 3/22 8/25 9/25 15/18 17/14
17/16 17/19 17/19 18/5 18/8 18/16 22/8
County -- I [1] 17/19
County's [1] 18/1
course [2] 15/16 17/23
court [28] 1/1 1/11 1/21 2/13 3/4 4/5
4/24 8/17 8/23 9/1 10/5 11/13 14/7
17/14 18/13 23/2 23/6 23/8 25/2 28/13
28/19 32/4 32/15 33/7 33/16 33/19 34/9
34/15
Court's [5] 2/4 32/13 32/16 32/16 33/15
courtroom [1] 11/9
cover [2] 4/21 9/25
COVID [1] 34/5
COVID-19 [1] 34/5
CR [7] 1/4 3/6 28/25 29/3 32/5 32/8
32/12
create [3] 6/11 12/3 15/15
created [1] 20/24
creating [1] 31/17
crime [1] 7/11
criminal [2] 32/13 32/20
Cross [3] 2/8 21/2 21/4
Cross-Examination [3] 2/8 21/2 21/4
CRR [3] 1/21 34/2 34/14
CSR [5] 1/21 34/2 34/14 34/14 34/18
currently [3] 4/11 4/12 18/16
custody [4] 23/13 24/25 32/5 32/9

**D**

daughter [3] 19/15 19/18 19/23
day [1] 34/11
days [2] 23/21 33/19
debbie.saenz [1] 1/23 34/22
DEBRA [4] 1/21 34/2 34/13 34/14
DECEMBER [3] 1/6 3/2 30/4
decide [1] 33/18
decision [1] 31/2
declaring [1] 11/8
defendant [10] 1/8 1/17 2/11 4/7 9/12
11/3 19/9 19/11 23/1 32/10
defendant's [4] 2/3 2/5 8/17 8/20
DEFENDER [1] 1/18
defense [4] 4/11 8/24 9/8 32/25
degree [1] 28/3
Delta [1] 24/3
denied [1] 17/5
deny [2] 4/22 19/22
DEPARTMENT [3] 1/14 8/25 15/18
departure [2] 29/20 29/20
dependency [1] 5/21
depicted [1] 6/5
depicts [1] 6/21
describe [1] 11/11
DESCRIPTION [1] 2/18
descriptive [1] 30/10
despite [1] 29/17
determine [1] 4/15
deterrent [1] 32/20

## D

device [3] 6/18 12/6 12/11
devices [1] 31/17
diagnosis [1] 5/10
did [26] 3/15 6/2 14/3 14/18 14/19 14/23
 15/1 15/11 15/23 16/1 16/16 17/2 19/13
 21/7 21/8 23/12 23/15 23/22 24/12 26/5
 27/3 27/4 27/5 27/13 30/9 33/3
didn't [8] 19/22 20/9 26/1 26/1 26/15
 26/16 27/21 29/18
different [4] 24/24 25/25 28/20 30/11
difficult [2] 23/16 28/16
direct [3] 2/7 10/21 17/17
directed [3] 5/14 5/23 7/18
direction [1] 20/22
directly [3] 9/12 18/14 18/24
disappointment [1] 23/10
discharged [3] 7/15 7/19 31/24
disclose [1] 22/14
discuss [2] 7/23 21/6
discussing [1] 21/15
discussion [3] 14/17 14/18 14/19
discussions [1] 23/10
disgusting [1] 27/8
district [5] 1/1 1/2 1/11 1/15 1/18 12/18
 12/24 24/12 34/15
DIVISION [2] 1/3 34/16
do [20] 3/24 7/20 9/2 14/1 14/2 23/22
 25/10 26/15 27/6 27/7 27/12 27/24
 28/17 29/22 30/7 30/9 30/19 30/25
 33/18 33/21
docket [1] 32/13
does [10] 4/3 8/16 8/25 16/11 20/4 22/1
 22/23 23/1 23/10 28/10
doesn't [3] 18/14 26/23 27/6
dog [1] 24/19
doing [8] 15/5 19/11 26/20 29/23 30/7
 30/9 30/15 30/24
don't [10] 4/13 19/20 22/2 25/3 26/14
 29/13 30/1 30/7 30/16 30/23
done [5] 10/14 23/19 26/2 27/22 28/4
down [4] 12/8 22/21 24/6 27/22
downstairs [1] 14/22
downwards [1] 27/21
drug [5] 5/20 23/23 23/24
drugs [2] 26/1 26/18
dual [1] 5/10
due [1] 34/5
duly [2] 10/20 32/3
during [3] 12/19 23/21 25/5

## E

e-mail [11] 1/23 15/12 15/14 15/15 15/16
 17/21 17/24 17/25 18/8 22/15 34/22
each [2] 7/20 28/20
ears [1] 12/9
either [3] 15/17 21/16 23/2
electronic [1] 7/2
else [3] 9/3 15/11 26/17
employed [1] 10/25
employee [1] 24/21
End [1] 33/24
ended [1] 23/13
enforcing [1] 18/5
engaged [2] 6/5 13/8
engaging [1] 6/25
enough [1] 29/24
entire [1] 26/5
entitled [3] 33/14 34/4
even [2] 12/14 27/5
event [1] 23/3
events [2] 17/14 17/16

## F

ever [3] 19/21 27/1 27/12
every [4] 27/12 29/25 30/6 30/17
everyone [1] 26/3
everything [4] 8/13 27/15 27/19 33/5
evidence [1] 31/7
Exactly [1] 22/3
exam [1] 13/1
examination [5] 2/7 2/8 10/21 21/2 21/4
example [1] 22/9
exchange [4] 6/16 7/2 7/6 12/5
exhibit [7] 2/17 9/9 9/17 9/19 9/23 17/13
 18/14
expand [1] 11/17
expanding [1] 9/14
expect [1] 30/14
experience [2] 26/24 27/2
Expires [1] 34/18
explanation [1] 26/14
explicit [5] 13/4 13/8 14/12 16/12 18/23
express [1] 16/14
Ezio [1] 27/25

## F

face [2] 28/4 29/13
facility [3] 24/9 24/19 24/20
fact [2] 29/17 33/17
failed [1] 28/15
failing [8] 5/6 5/10 5/13 7/8 22/14 31/13
 31/18 31/22
failure [3] 3/22 22/7 22/9 22/10 22/13
 26/16
fair [2] 8/9 14/15
familiar [1] 23/6
family [1] 27/20
fantastic [1] 27/10
far [3] 8/23 8/23 30/18
fear [1] 26/20
February [3] 5/7 5/8 5/25
federal [4] 1/18 7/10 32/6 32/9
feel [4] 23/10 26/6 28/2 28/19
feels [1] 28/15
fees [1] 34/8
fell [1] 27/2
felt [3] 25/25 25/25 27/21
female [5] 6/5 13/8 13/16 13/16 18/22
females [1] 16/18
few [1] 23/23
filed [6] 3/14 3/22 3/24 8/2 23/20 33/19
finally [2] 7/14 30/20
find [4] 19/13 27/17 30/9 31/8
finding [2] 32/16 32/17
finding -- it [1] 32/16
findings [2] 14/17 17/9
fingers [1] 12/9
first [4] 10/20 23/22 26/18 29/16
fix [1] 28/7
focus [3] 11/16 13/18 16/16
follow [1] 26/11
following [3] 8/11 30/18 31/8
follows [1] 10/20
foregoing [2] 34/3 34/4
forensic [1] 13/1
forma [1] 33/11
format [1] 34/8
FORT [7] 1/3 1/5 1/16 1/19 1/22 34/16
 34/19
forth [1] 4/8
forthcoming [1] 21/8
found [13] 4/10 12/18 13/11 13/12 15/12
 18/21 24/18 27/14 27/15 27/17 27/18
 27/19 27/20
found -- everything [1] 27/19

## G

four [1] 9/24
front [3] 26/24 28/6 28/8
full [2] 4/25 13/1
further [5] 19/16 22/24 32/20 34/5 34/8
future [1] 28/17

## G

gave [4] 18/19 29/16 29/19 29/23
general [1] 23/16
generally [1] 4/19
generated [5] 6/4 13/3 13/7 13/23 19/4
generates [1] 13/24
get [6] 18/19 22/10 22/13 23/8 24/12
 28/22
getting [1] 3/12
girl [1] 20/20
girlfriend [1] 24/9
give [10] 13/19 26/10 27/4 27/13 29/14
 29/18 29/23 30/5 30/12 30/21
given [6] 23/8 25/5 27/12 30/12 30/21
 33/5
gives [1] 27/7
giving [2] 26/7 27/13
go [6] 9/16 10/17 14/13 23/5 25/13
 25/24
God [4] 26/25 27/1 27/4 28/5
going [10] 4/22 11/14 17/16 25/20 28/2
 28/4 28/6 28/7 28/7 29/14
good [5] 10/7 24/16 27/21 29/23 29/23
got [4] 10/15 25/22 25/25 27/3
government [13] 1/5 1/14 3/9 4/3 4/6
 4/15 7/23 8/16 9/19 22/23 28/10 29/25
 32/24
government's [4] 2/17 9/8 9/23 17/13
 22/23
grabbing [1] 27/23
grade [4] 3/16 3/24 28/25 29/3
granted [1] 4/15
grateful [1] 25/4
gratification [2] 16/15 20/24
great [6] 24/21 24/21 25/16 26/24 28/15
 30/8
group [2] 16/17 27/15
guess [2] 15/14 25/22
guideline [2] 29/17 32/8
guidelines [1] 7/13

## H

H-E-N-T-A-I [1] 16/10
had [15] 9/12 11/18 15/17 17/1 17/20
 17/24 19/22 19/23 24/6 24/13 24/16
 26/23 28/1 28/1 29/25
hadn't [1] 17/11
halfway [1] 23/19
hand [1] 10/8
handle [1] 27/4
happen [1] 28/3
happened [1] 20/11
hard [2] 27/17 28/6
harder [1] 27/5
hardware [3] 6/16 7/6 12/4
has [10] 8/24 9/8 11/14 20/1 21/19 21/21
 23/8 25/4 27/11 31/8
hate [1] 26/20
have [59]
having [3] 10/20 13/15 31/21
he [77]
he's [19] 11/11 11/12 23/7 23/9 23/19
 24/2 24/3 24/13 24/13 24/14 24/16
 24/16 24/18 24/21 24/22 25/4 28/14
 28/14 28/16
health [3] 5/11 5/22 31/14
heard [2] 28/10 34/6
hearing [1] 30/5

## H

held [1] 18/8
help [4] 24/17 25/4 27/16 28/22
helping [2] 27/17 30/25
hentai [3] 16/3 16/7 16/11
hentai-type [1] 16/3
her [4] 12/9 19/19 20/21 33/20
here [12] 4/21 10/14 23/7 23/11 24/23 25/4 28/18 28/25 29/16 30/3 30/12 31/7
higher [1] 3/16
him [18] 9/12 14/18 15/8 15/13 17/7 17/9 18/10 18/24 20/14 20/22 23/8 24/3 24/10 24/21 25/5 28/1 28/22 32/19
himself [6] 18/23 20/14 20/15 23/10 24/5 25/4
his [25] 12/14 15/1 15/15 16/16 16/20 17/1 17/2 18/19 19/14 19/19 19/23 20/22 20/24 21/7 21/9 21/18 23/12 23/14 23/18 23/23 24/6 24/9 24/13 24/14 32/17
hit [1] 27/3
home [1] 12/19
honestly [1] 26/23
Honor [16] 3/12 3/21 4/4 4/19 7/22 7/25 8/9 8/22 9/22 21/3 22/25 23/4 25/12 32/24 32/25 33/22
HONORABLE [1] 1/14
hopes [1] 24/18
how [5] 4/17 7/20 11/5 16/1 27/23
however [3] 3/15 4/14 28/6
huh [1] 15/22
human [1] 30/10

## I

I -- you [2] 25/23 33/6
I'll [3] 4/21 10/18 28/13
I'm [18] 4/22 8/6 12/10 16/4 16/7 25/14 25/21 27/13 28/3 28/4 28/5 28/7 28/7 29/7 29/8 29/14 29/22 30/15
I've [9] 10/14 25/15 25/19 25/20 27/1 27/11 28/12 30/12 31/6
identifier [1] 17/22
identifiers [1] 17/20
II [13] 8/4 8/5 8/7 8/8 8/11 8/24 9/3 9/15 11/16 11/19 11/20 11/21 13/9
III [1] 8/11
illegal [2] 5/16 31/10
image [14] 17/7 18/23 19/4 19/8 19/11 19/17 19/25 20/17 20/13 20/15 20/20 20/24 22/1 22/2
imagery [2] 6/4 13/7
images [18] 4/9 13/4 13/23 13/23 14/3 14/7 14/9 15/8 15/16 16/2 16/3 16/3 16/5 17/6 18/22 18/25 20/19 21/11
immediately [2] 12/21 26/19
importantly [1] 24/15
impose [2] 28/20 29/15
imposed [6] 32/7 32/11 32/23 33/1 33/3 33/10
imprisonment [1] 29/1 29/4
in -- on [1] 5/12
incident [2] 10/1 10/2
include [1] 5/21
includes [1] 9/25
including [1] 6/4
incredibly [1] 28/14
Index [2] 2/15 2/17
indicate [1] 32/22
indication [1] 13/19
individuals [1] 16/17
infidelity [1] 24/9
information [5] 4/1 7/12 20/11 21/21

25/11
inhibitions [1] 27/7
ination [1] 24/5
inpatient [1] 24/5
instrument [1] 33/13
intelligent [2] 28/14 30/6
intends [1] 8/1
intent [1] 13/20
intention [1] 30/17
intercourse [1] 13/15
interested [2] 15/23 16/21
interferences [1] 28/23
internet [12] 6/3 6/9 6/18 6/24 12/2 12/7 12/12 12/16 13/20 15/9 31/17 31/18
internet-capable [1] 31/17
investigation [1] 10/1
is [59]
issued [1] 14/7
issues [2] 24/2 24/9
it [55]
it -- not [1] 26/8
it's [28] 4/11 4/12 4/20 6/25 7/8 7/14 10/13 14/4 16/12 17/17 19/6 19/14 20/18 20/18 23/14 24/1 24/20 26/13 26/13 27/17 28/19 28/21 28/25 29/6 30/10 30/22 32/16 33/7
it's -- I [1] 26/13
items [1] 18/19

## J

JAMES [7] 1/7 3/7 5/1 11/3 31/8 32/4 32/17
jeopardy [1] 30/24
job [5] 24/18 26/5 27/14 27/18 30/21
JUDGE [11] 1/11 3/10 9/7 10/4 10/11 14/14 19/16 20/4 20/12 28/11 29/7
judgment [2] 32/4 32/13
Judicial [1] 34/9
jumpsuit [1] 11/12
just [17] 4/20 11/8 12/8 12/9 14/7 14/8 16/25 18/13 20/1 21/3 21/15 21/22 23/16 23/20 26/2 26/20 30/13
JUSTICE [1] 1/14

## K

K9 [1] 24/20
KATHLEEN [6] 2/6 9/9 10/6 10/19 10/24 27/11
kind [6] 6/21 12/15 13/9 15/3 18/22 20/21
knew [5] 3/23 15/5 17/11 17/25 27/9
know [18] 4/13 19/20 23/9 24/11 25/21 25/23 25/24 26/3 26/11 26/23 27/10 27/11 28/2 28/3 28/13 28/13 29/7 30/20
know you've [1] 27/10
knowledge [2] 14/4 11/7 17/15 20/10
known [1] 25/20

## L

laboratory [1] 17/5
LAMOUR [8] 2/6 9/10 10/6 10/19 10/24 21/6 24/4 25/4
laptop [9] 5/25 6/3 12/19 12/19 12/22 21/7 21/9 21/10 21/10
last [1] 25/23
later [1] 3/17
law [2] 18/10 29/21
laws [2] 18/2 18/4
lead [1] 24/3
leads [1] 24/10
learned [2] 17/21 26/6
learns [1] 24/9
least [1] 18/25
leave [1] 33/10

lectern [2] 10/15 10/17
left [1] 27/25
legal [1] 33/22
legs [1] 20/21
lengthy [1] 29/9
leniency [2] 27/10 30/12
let [1] 13/22
letters [1] 13/5
LEWIS [5] 1/14 2/7 2/12 3/9 10/22
life [7] 26/16 26/19 27/1 27/23 32/11 33/4 33/4
like [10] 9/9 14/2 14/5 14/6 16/12 20/21 22/14 25/6 26/6 28/2
like -- I [1] 28/2
liked [1] 27/16
lists [1] 10/2
little [2] 12/8 12/9
lives [1] 30/11
local [1] 7/11
lolicon [1] 13/14
long [3] 4/17 11/5 25/19
look [8] 14/2 14/2 14/5 15/3 16/2 26/17 26/23 33/6
looking [5] 20/22 20/22 26/8 26/8 26/15
looks [1] 14/6
lot [3] 10/16 25/24 26/6
love [1] 26/6
lowers [1] 27/7

## M

ma'am [1] 21/17
made [3] 14/5 16/23 17/19
mail [11] 1/23 15/12 15/14 15/15 15/16 17/21 17/24 17/25 18/8 22/15 34/22
maintain [2] 6/10 12/3
make [11] 3/12 13/22 16/25 18/13 18/18 20/6 21/22 27/6 30/25 31/3 33/3
makes [2] 26/21 27/6
makes -- doesn't [1] 27/6
making [1] 30/25
male [1] 13/15
man [3] 26/25 28/5 28/14
mandatory [4] 5/15 7/10 31/10 31/22
many [1] 28/18
March [3] 5/12 32/12 34/11
March 9 [1] 32/12
marijuana [2] 5/8 5/14
market [1] 30/25
masks [2] 3/3 34/6
masturbating [2] 17/8 19/12
material [1] 16/12
materials [1] 13/4
matter [6] 6/21 6/21 12/14 17/23 31/20 34/4
may [7] 5/12 7/22 9/15 22/21 32/14 32/23 33/6
maybe [4] 9/14 11/18 17/17 28/22
me [25] 5/15 9/24 13/22 14/6 16/7 25/25 26/19 26/25 27/2 27/3 27/6 27/7 27/10 27/12 27/17 27/20 27/23 27/23 27/25 28/2 28/5 28/7 28/15 30/21 33/13
mean [3] 16/11 27/14 29/22
means [3] 1/11 7/1 20/2
meant [1] 28/1
mechanical [1] 1/24
meetings [1] 24/16
mental [3] 5/11 5/22 31/14
met [2] 11/7 21/6
meth [1] 24/10
methamphetamine [6] 5/9 17/2 17/3 17/8 17/10 17/12
methamphetamines [2] 27/6 27/22
might [2] 3/23 22/9

## M

mind [1] 26/9
minimize [1] 21/7
minor [3] 6/5 7/1 20/9
minors [6] 6/22 7/3 30/24 31/21
missed [2] 18/18 23/24
missing [1] 23/23
mitigation [1] 25/11
modifications [1] 32/14
moment [1] 7/22
monitored [1] 15/2
monitoring [5] 6/3 6/24 12/16 15/1 31/19
month [2] 3/15 29/16
months [8] 23/14 29/2 29/2 29/5 29/5
 29/18 32/6 32/18
more [4] 23/14 23/16 24/15 29/19
morning [3] 10/7 33/3 33/13
mother [1] 19/22
Motion [1] 2/3
moved [1] 24/13
moving [1] 24/11
MR [5] 1/14 2/7 2/12 10/22 11/8
Mr. [33] 3/11 4/24 5/2 8/1 11/3 11/6 11/7
 11/14 11/18 12/17 12/21 12/21 14/17
 14/23 17/24 18/9 18/15 20/8 20/20
 20/21 21/6 21/16 23/6 23/18 24/1 24/12
 25/3 25/10 28/13 28/21 29/9 29/12 33/2
Mr. James [1] 11/3
Mr. Wilks [31] 3/11 4/24 5/2 8/1 11/6
 11/7 11/14 11/18 12/17 12/21 12/21
 14/17 14/23 17/24 18/9 18/15 20/8
 20/20 20/21 21/6 21/16 23/18 24/1
 24/12 25/3 25/10 28/13 28/21 29/9
 29/12 33/2
Mr. Wilks's [1] 23/6
MS [4] 1/17 1/21 2/8 2/10
Ms. [6] 9/9 21/5 21/6 24/4 25/4 33/19
Ms. Kathleen [1] 19/9
Ms. Lamour [3] 21/6 24/4 25/4
MS. TAFT [2] 21/5 33/19
much [4] 14/8 14/9 30/12 30/13
multiple [5] 13/3 15/12 15/13 18/8 20/19
must [1] 33/18
my [24] 7/25 9/1 10/24 12/9 14/4 14/11
 19/14 19/17 20/18 26/8 26/16 26/16
 27/1 27/1 27/7 27/16 27/20 27/20 27/22
 29/6 29/20 30/21 31/2 34/7
myself [4] 26/6 26/20 26/22 30/9

## N

name [3] 4/25 10/23 10/24
narcotic [1] 5/20
narrative [1] 10/2
national [1] 17/4
navigate [1] 28/16
necessarily [2] 18/14 19/25
need [4] 9/2 9/15 10/17 18/20
needed [3] 27/12 27/16 29/22
needs [1] 28/22
neither [1] 6/20
networking [3] 6/11 12/3 31/17
never [5] 26/24 27/1 27/22 28/1 28/7
new [1] 19/14
next [2] 3/4 30/14
no [17] 1/4 2/18 4/4 7/3 9/21 9/22 16/6
 20/11 21/17 21/19 21/21 21/23 22/20
 22/25 27/9 33/22 34/14
no -- I -- I [1] 27/9
NORTHERN [7] 1/2 1/15 1/18 12/22
 12/23 24/11 34/15
not [54]
note [1] 23/14

nothing [2] 8/22 19/16
notice [3] 33/14 33/15 33/16
notifications [1] 14/7
November [1] 17/16
November 29 [1] 7/16
now [8] 9/17 13/22 16/23 23/19 26/15
 26/23 30/20 32/21
number [8] 3/6 5/17 22/8 23/8 31/11
 32/5 32/7 32/12
Numeral [17] 8/2 8/4 8/5 8/7 8/8 8/11
 8/18 8/23 8/23 9/3 9/15 11/15 11/16
 11/19 11/20 11/21 13/9

## O

objection [3] 4/4 9/1 9/21
objections [1] 31/4
obligated [1] 28/19
obtain [1] 31/20
obtained [1] 15/3
occasion [1] 23/25
occasions [1] 5/12
October [2] 24/12 30/3
off [1] 10/18
offender [11] 5/3 7/9 7/12 7/15 7/18
 15/19 17/22 18/11 25/7 31/23 31/25
offense [1] 24/24
offer [1] 8/22
offering [1] 9/17
office [7] 6/19 10/1 11/1 12/13 14/20
 15/2 15/17
officer [10] 5/23 6/8 7/19 9/2 9/10 10/2
 10/6 11/5 12/20 18/20
officers [1] 11/2
Official [1] 34/15
oh [3] 3/7 31/2
Okay [20] 8/5 8/10 8/16 11/8 11/11
 11/13 12/25 14/13 15/20 15/23 15/23
 17/13 18/7 18/13 20/23 21/1 21/14
 21/18 22/13 22/17
old [4] 13/15 19/15 19/18 24/14
older [1] 13/14
once [1] 14/15
one [15] 6/7 8/6 11/2 12/1 12/7 12/12
 17/6 17/24 22/15 23/25 28/20 28/21
 28/21 28/22 30/15
online [5] 6/11 7/7 12/5 15/16 17/22
only [3] 8/5 17/24 23/23
opportunities [1] 23/9
opportunity [2] 9/9 31/3
orange [1] 11/12
order [2] 15/15 16/3
ordered [1] 32/14
original [3] 8/7 8/19 24/24
originally [1] 8/2
originally-filed [1] 8/2
other [20] 6/7 6/15 6/18 7/4 7/6 9/14
 12/1 12/4 12/7 12/12 16/6 16/24 17/20
 18/19 18/21 20/2 22/4 26/8 26/10 28/23
 others [1] 28/1
our [6] 14/25 17/4 20/8 20/10 23/9 30/11
 out [7] 12/19 19/13 25/22 25/25 26/22
 27/3 30/23
outside [1] 28/23
over [5] 12/20 13/16 17/5 17/6 17/6
 26/9 26/16 29/20
own [9] 6/17 7/4 12/6 12/11 20/24 25/10
 26/9 26/16 29/20
owner [1] 24/20

## P

PAGE [1] 2/2
pages [2] 9/24 9/24
pandemic [1] 34/5
papers [1] 10/16

pardon [3] 5/15 9/24 16/7
parents [1] 24/14
Parker [18] 3/22 8/25 9/25 15/18 17/14
 17/16 17/19 17/19 18/1 18/4 18/7 18/16
 22/7
part [2] 28/15 29/19
participants [2] 3/3 34/5
participate [6] 5/13 5/19 5/22 6/23 7/18
 12/15
particular [3] 3/19 5/6 16/16
particularly [1] 25/1
parties [2] 3/8 32/22
Pass [1] 22/18
passionate [1] 27/18
patience [1] 30/13
pauperis [1] 33/11
pay [1] 33/11
people [4] 25/24 26/8 26/10 27/16
perfectly [1] 21/23
permission [2] 9/7 10/11
permits [1] 10/5
permitted [1] 3/17
person [3] 3/5 8/19 31/6
personally [2] 21/12 21/14
persons [1] 6/12
petition [10] 3/4 3/5 3/16 4/9 5/2 8/2 8/19
 8/21 23/20 31/6
petitions [1] 24/23
Pflugerville [1] 24/6
phone [2] 15/2 27/20
photo [3] 13/14 20/20 21/25
photograph [1] 21/15
photographs [3] 6/16 7/7 12/5
photoshop [1] 22/4
photoshopped [6] 18/22 19/8 19/20
 21/16 21/22 22/1
physical [1] 19/21
picked [1] 24/25
picking [1] 23/13
picture [2] 20/9 21/22
place [2] 14/19 15/7
placed [1] 29/10
placement [1] 25/6
playroom [1] 13/17
plea [4] 2/5 8/17 8/20 30/4
plead [3] 7/20 8/1 8/3
pleading [2] 8/10 8/13
please [5] 4/24 10/7 10/10 10/23 33/14
pleasuring [1] 20/15
pled [1] 11/15
plunged [1] 26/19
point [4] 17/8 18/5 18/10 26/7
police [1] 8/24
policy [2] 25/1 32/1
population [1] 23/17
porn [1] 26/18
pornographic [3] 6/20 12/14 31/20
pornography [4] 6/4 15/3 15/9 15/13
positive [2] 17/3 17/5
possess [6] 5/16 6/15 6/20 7/5 12/4
 12/14
possessing [4] 5/8 5/9 5/25 31/10
possession [2] 12/18 15/1
possibility [1] 3/23
possibly [1] 4/7
power [1] 33/7
preface [1] 29/14
prefer [1] 10/15
preliminary [1] 16/19
Prepubescent [1] 16/18
prescribed [1] 34/9
presence [3] 4/24 19/19 19/23
present [6] 3/9 8/17 21/23 22/24 23/2

## P

present [1] 25/11
presented [1] 31/7
President [1] 30/21
preview [5] 12/24 13/1 13/2 14/16 17/7
previous [1] 23/7
previously [2] 11/13 32/18
prior [1] 6/8
prison [2] 25/23 29/9
Prisons [2] 32/6 32/10
probation [14] 5/23 6/8 6/19 7/19 9/2
 9/10 11/1 11/2 11/5 12/13 12/20 14/20
 15/2 15/17
problem [1] 30/12
proceed [2] 3/8 3/18
PROCEEDING [1] 2/2
proceedings [4] 1/24 33/24 34/4 34/6
produced [1] 1/25
profile [1] 6/13
program [9] 5/14 5/20 6/3 6/24 12/16
 24/8 24/17 31/19 31/25
programs [1] 31/15
prohibiting [1] 15/8
pronouncing [1] 16/7
prosecutor [1] 28/12
protect [2] 28/21 30/22
provide [1] 29/21
provided [1] 17/13
provider [2] 6/10 12/2
providing [1] 7/12
proximity [1] 19/21
PSY [2] 26/5 27/25
Psychotherapy [1] 7/16
public [2] 1/18 30/22
pull [2] 10/18 26/22
purpose [1] 16/14
pursuant [1] 29/6
put [3] 15/7 27/22 30/24

## Q

question [2] 23/2 28/15
questions [2] 10/14 33/21
quote [1] 30/8

## R

RACHEL [2] 1/17 3/11
radar [1] 19/4
raise [1] 10/7
range [4] 25/1 29/1 29/4 29/17
reaching [1] 30/23
ready [2] 3/8 3/10
real [8] 14/2 14/5 19/2 19/6 21/23 22/1
 23/10 24/2
really [2] 11/16 25/22
reason [6] 3/15 17/10 18/9 18/15 28/19
 32/23
reasons [3] 29/23 29/24 32/21
receive [1] 25/7
received [2] 14/16 30/4
recessed [1] 30/5
recognize [1] 26/17
record [5] 4/25 10/23 11/8 30/23 34/3
Redirect [1] 22/19
refrain [1] 5/18
regarding [8] 11/18 16/24 17/14 24/23
 31/16 31/19 31/21 32/2
regards [4] 17/13 18/8 18/10 22/7
register [6] 3/22 7/12 22/7 22/9 22/11
 22/13
registration [7] 7/9 7/13 15/19 17/22
 17/23 18/11 31/23
Regretfully [1] 28/18

rehab [1] 26/22
release [9] 5/5 24/6 29/10 31/6 32/2 32/9
 32/19 32/18 33/5
report [6] 10/1 11/1 11/16 21/9 24/10
reported [5] 1/24 15/17 17/23 17/24
 21/11
REPORTER [2] 1/21 34/15
Reporter's [2] 2/14 34/1
reporting [1] 10/1
reports [2] 2/19 8/24 9/8 21/24
request [8] 3/13 3/17 3/25 4/19 4/22
 24/25 25/6 28/24
required [2] 7/13 15/14
requirement [2] 15/18 17/21
requirements [6] 6/2 6/23 7/9 14/6 14/8
 31/23
requiring [6] 5/18 5/19 5/22 7/11 7/17
 31/14
research [1] 33/3
respond [1] 3/20
response [1] 4/3
result [1] 12/25
results [2] 4/12 14/16
return [1] 32/10
returned [2] 12/21 33/13
reversed [1] 30/1
review [4] 4/1 4/1 4/20 16/19
reviewed [3] 8/24 9/8 21/24
reviewing [1] 9/1
revocation [4] 1/10 23/2 23/3 23/12
revocations [2] 23/7 24/24
revoked [1] 17/12
ridiculous [1] 27/14
right [16] 9/13 9/23 10/7 10/8 11/24
 20/23 25/9 26/11 27/12 29/25 33/2 33/9
 33/10 33/14 33/16 33/23
RMR [3] 1/21 34/2 34/14
Roman [17] 8/2 8/4 8/5 8/6 8/7 8/11 8/18
 8/23 8/23 9/3 9/15 11/15 11/16 11/19
 11/20 11/21 13/9
Roman's [1] 30/8
Room [3] 1/19 1/21 34/19
rough [1] 25/24
rules [2] 15/7 18/1
Ruling [1] 2/4
run [1] 25/2

## S

SAENZ [4] 1/21 34/2 34/13 34/14
said [11] 14/25 15/14 16/2 21/9 24/20
 26/25 27/25 28/9 29/13 30/17 30/18
same [4] 18/24 20/15 26/4 32/11
sat [1] 15/15
say [7] 14/15 14/23 15/11 15/23 16/1
 25/20 25/22
says [1] 12/6
scheduled [1] 5/10
Seagoville [1] 25/7
search [6] 13/9 13/13 13/18 13/19 16/2
 16/16
searched [3] 4/12 13/20 16/14
seated [2] 10/10 10/11
second [1] 26/18
Section [1] 32/8
secured [1] 19/18
see [4] 3/15 9/2 14/3 26/16
seeking [1] 18/9
seemed [1] 19/1
seems [1] 8/7
seen [3] 21/11 21/12 21/14
sent [2] 12/23 17/4
sentence [19] 2/13 23/3 23/14 25/1
 28/20 29/14 29/17 29/18 29/19 29/24

sentence 30/14 32/7 32/18 32/21 32/23 33/1 33/2
 33/9 33/14
Sentencing [3] 2/9 32/4 32/8
sentiments [1] 29/12
September [2] 5/9 6/1
serve [1] 32/19
served [1] 29/8
service [2] 6/9 12/2
services [3] 5/23 7/16 7/18
sessions [1] 5/11
set [1] 4/8
several [1] 23/22
sex [10] 7/9 7/12 7/15 7/18 15/19 17/21
 18/11 25/7 31/23 31/25
sexual [4] 6/5 13/15 16/15 27/7
sexually [8] 6/21 13/4 13/8 14/12 15/23
 16/12 16/21 18/23
shall [1] 32/10
she [8] 8/25 9/12 19/21 24/20 24/21
sheet [1] 9/25
Sheriff's [3] 8/25 9/25 15/18
shortly [1] 24/4
should [5] 11/25 12/6 12/13 12/15 25/18
shouldn't [3] 12/1 12/2 12/4
show [1] 22/10
shown [2] 27/10 30/18
SHU [2] 23/15 25/24
shy [1] 23/21
Signed [1] 34/11
similar [1] 14/1
since [2] 10/13 28/13
sir [16] 7/21 9/5 9/20 10/12 10/13 13/21
 14/22 19/24 20/5 20/16 20/25 22/20
 25/13 25/17 29/10 33/21
site [1] 6/11
sites [1] 12/4
situation [1] 25/11
six [2] 5/12 9/24
slow [1] 12/8
smaller [1] 22/14
smoke [1] 17/7
so [36]
social [3] 6/11 12/3 31/17
society [1] 28/22
software [1] 15/1
some [5] 16/23 20/2 24/2 26/7 33/3
somehow [2] 20/13 20/13
someone [1] 27/23
something [4] 22/14 26/14 26/17 28/1
sometimes [1] 27/17
son [1] 24/15
soon [1] 24/22
sorry [5] 12/10 16/4 18/4 22/6 25/14
speak [4] 4/12 14/4 16/25 25/10
special [4] 5/19 5/21 31/13 31/14
specifically [1] 14/4
specimen [1] 17/4
spell [1] 16/9
spend [1] 24/14
spiral [1] 27/21
spiraling [1] 24/10
spoke [1] 24/19
spoken [2] 17/20 28/14
sponsee [1] 27/11
sponsor [1] 24/16
squandered [1] 27/11
stand [3] 10/6 10/14 13/5
standard [2] 5/17 31/11
started [4] 3/12 23/18 24/8 24/15
starting [2] 24/16 26/17
starts [1] 24/2
state [8] 7/11 7/13 10/23 18/3 18/4 18/10
 18/14 18/15

## S

stated [5] 11/14 15/5 32/21 32/23 33/1
statement [4] 16/20 17/1 18/19 25/1
statements [5] 2/9 16/23 31/2 31/5 32/2
statements -- oh [1] 31/2
STATES [8] 1/1 1/4 1/11 1/14 3/6 11/1 32/1 34/10
stating [1] 4/25
stenography [1] 1/24
step [1] 22/21
still [4] 4/21 20/17 20/18 26/11
stood [1] 26/24
stopping [1] 27/23
Street [4] 1/15 1/19 1/21 34/19
stress [2] 24/2 25/16
subsequently [1] 32/14
substance [4] 5/11 5/19 16/24 31/15
substances [3] 5/16 31/11 31/13
successful [1] 26/4
successfully [1] 7/19
such [1] 6/21
suddenly [1] 27/18
suggest [2] 20/11 21/21
Suite [1] 1/15
superimposed [2] 18/23 20/14
superseded [1] 8/7
supervised [9] 5/4 12/17 24/6 29/10 31/5 32/2 32/10 32/17 33/4
supervision [9] 5/5 5/3 8/19 12/22 21/18 23/19 25/5 31/6 31/9
supplied [1] 20/14
support [1] 8/17
supposed [2] 21/20 27/5
sure [5] 13/22 16/13 16/25 18/19 33/4
surprised [1] 25/21
suspect [1] 10/2
sworn [3] 10/8 10/9 10/20

## T

TAFT [6] 1/17 2/8 2/10 3/11 21/5 33/19
take [5] 9/4 10/17 14/19 20/9 29/12
talked [3] 17/2 17/9 27/1
talking [1] 11/21
task [1] 28/2
Taylor [1] 1/19
Telephone [4] 1/16 1/20 1/22 34/21
tell [2] 13/5 17/15
ten [2] 19/15 19/18
ten-year-old [2] 19/15 19/18
term [5] 23/20 23/21 32/6 32/11 33/4
terms [6] 13/10 13/13 13/18 13/19 23/18 25/2
TERRY [1] 1/11
tested [1] 17/3
testified [1] 10/20
testify [1] 9/10
TESTIMONY [1] 2/6
testing [1] 5/21
TEXAS [18] 1/2 1/5 1/15 1/16 1/18 1/19 1/22 12/18 12/20 12/21 12/23 12/23 17/3 18/3 18/4 34/14 34/15 34/19
than [10] 6/7 6/18 7/4 12/1 12/7 12/12 18/21 22/4 23/16 27/5
thank [17] 7/23 9/5 10/4 10/13 14/14 18/17 19/16 20/12 21/7 22/5 22/5 22/20 22/21 25/9 28/8 29/10 29/11
thankful [1] 23/9
Thanks [1] 22/22
that [214]
that's [24] 8/9 8/15 10/16 11/23 11/24 12/12 15/10 15/20 18/1 18/6 18/12 18/15 19/5 19/8 19/10 20/5 21/13 21/15

22/12 22/16 27/23 28/15 29/13 30/15
them [4] 24/17 29/13 30/24 30/25
them's helping [1] 30/25
then [10] 5/24 12/22 20/20 24/3 27/18 29/3 29/9 30/3 30/4 33/1
therapy [1] 24/1
there [17] 3/21 4/13 10/16 12/19 13/3 20/19 21/7 21/23 23/15 24/7 25/8 26/5 26/6 26/7 26/24 27/2 31/7
there's [6] 11/9 17/19 28/24 30/8
thereafter [1] 24/5
therefor [1] 32/22
thereto [1] 5/3
these [6] 7/20 14/3 15/8 15/16 18/7 28/20
they [11] 13/12 14/1 14/1 14/2 14/4 14/11 18/9 22/2 27/16 27/16 29/7
thing [4] 26/18 26/19 28/16 30/9
things [5] 22/8 26/16 27/8 27/25 30/24
think [14] 9/11 9/24 13/18 13/18 23/14 23/22 24/15 25/3 28/21 29/13 30/1 30/16 33/5 33/7
think -- pardon [1] 9/24
thinking [1] 25/19
this [32] 3/13 3/15 4/8 4/11 10/5 10/14 14/16 14/21 15/3 18/5 18/9 18/24 19/1 19/11 19/13 19/25 20/24 24/12 25/21 26/2 27/9 27/12 27/14 28/5 28/7 30/14 32/12 32/14 33/3 33/13 33/15 34/11
those [10] 3/24 3/24 13/11 16/14 16/16 21/12 23/9 25/2 30/25 34/9
thought [3] 25/14 26/2 26/2
three [1] 23/14
through [8] 6/1 7/1 16/19 17/23 20/1 25/24 30/18 33/6
throughout [1] 21/18
time [18] 3/17 4/1 4/6 9/4 10/5 18/10 21/18 23/12 23/15 23/16 23/22 24/14 25/5 25/20 25/23 26/5 26/15 29/9
times [2] 28/18 30/11
Tip [1] 24/20
to -- if [1] 10/16
today [6] 15/20 25/21 27/9 27/13 28/3 31/8
toddler [3] 13/14 13/16 13/16
together [3] 22/2 27/15 27/19
told [2] 4/11 26/3
too [1] 28/18
took [3] 20/1 20/14 28/2
tool [1] 27/12
Top [1] 24/20
total [1] 23/14
touching [1] 30/23
towards [1] 20/22
track [3] 23/8 24/13 27/20
training [1] 24/19
transcribed [1] 34/7
transcript [4] 1/10 1/24 34/3 34/8
transferred [1] 24/6
treatment [9] 5/11 5/20 5/23 7/15 7/18 25/8 31/15 31/15 31/25
tried [1] 26/22
true [14] 2/5 2/5 7/21 7/21 8/1 8/3 8/10 8/13 8/18 8/20 11/15 30/4 30/22 34/3
true/not [1] 2/5
trust [1] 30/16
try [1] 10/18
trying [1] 4/15
turn [1] 24/18
turned [1] 12/20
two [8] 4/20 9/11 18/25 23/20 23/24 24/23 28/24 29/8
twofold [1] 28/21

type [2] 15/8 16/3

## U

U.S [2] 12/13 12/20
UAs [1] 24/13
uh [1] 15/22
uh-huh [1] 15/22
unable [3] 3/20 30/19 33/11
unauthorized [1] 31/16
under [14] 3/5 5/1 6/13 6/20 6/22 7/4 8/19 12/14 15/4 25/15 31/6 32/8 32/11
understand [9] 3/14 9/21 16/23 25/16 26/15 30/14 30/16 30/17 33/15
understandable [1] 33/8
understanding [11] 14/4 14/10 14/11 17/15 19/14 19/17 20/8 20/19 21/24 25/2 29/6
understood [2] 20/5 20/7
UNITED [8] 1/1 1/4 1/11 1/14 3/6 11/1 32/1 34/10
unlawful [1] 5/18
unlawfully [1] 31/12
unsuccessfully [2] 7/15 31/24
until [3] 7/19 17/6 24/1
untrue [1] 29/14
up [11] 3/25 9/11 17/4 17/18 20/4 22/10 23/13 23/13 24/25 27/13 27/13
upon [3] 30/15 32/9 32/22
us [4] 13/5 13/19 17/15 30/10
usage [1] 16/24
use [16] 5/7 5/18 6/6 6/7 6/15 6/17 7/5 12/1 12/6 12/11 17/2 17/5 23/24 24/3 24/4 28/7
used [3] 13/10 13/13 17/11
user [2] 6/11 12/3
users [1] 6/13
using [10] 5/8 5/9 5/25 6/3 7/1 17/10 24/3 31/12 31/16 31/19

## V

value [1] 29/13
versus [2] 1/6 3/6
very [2] 14/1 30/6
via [2] 18/10 34/6
video [6] 6/16 7/2 7/6 12/5 17/8 20/17
videoconference [1] 34/6
view [2] 6/3 6/12
violated [8] 5/4 5/14 6/6 7/2 7/9 7/17 31/8 32/17
violation [10] 3/16 3/25 6/14 14/8 14/9 15/20 18/1 28/25 29/4 32/19
violations [2] 23/23 32/3
virtual [1] 7/1
VOLUME [1] 1/10
vow [1] 28/4

## W

want [14] 11/13 11/16 16/25 18/13 18/18 21/22 25/22 26/1 26/1 27/24 28/5 29/14 30/7 33/6
want -- you [1] 11/13
wanted [4] 14/25 20/6 26/25 30/5
wants [3] 24/21 26/25 28/5
was [56]
was -- I [2] 3/23 26/2
wasn't [2] 19/25 29/24
watching [1] 25/15
waters [1] 28/16
way [3] 26/23 27/4 27/20
we [22] 3/17 4/12 8/3 8/22 9/15 12/23 13/18 15/12 15/12 17/2 17/8 17/20 17/25 18/20 18/21 18/23 19/13 21/15

# W

we -- [4] 24/23 24/25 25/6 30/4
we're [1] 11/21
we've [3] 13/9 28/18 30/3
wearing [3] 3/3 11/11 11/12
web [4] 6/13 6/15 7/5 12/4
weeks [1] 4/20
well [10] 8/4 14/10 23/22 24/17 24/24
 25/8 26/5 26/10 28/12 28/14
well-spoken [1] 28/14
went [5] 26/5 26/18 26/19 26/22 27/21
were [18] 4/9 6/7 11/13 12/23 13/11
 13/12 13/13 14/7 21/11 21/11 21/15
 23/23 26/18 27/16 27/16 32/11 34/6
 34/6
were -- they [1] 27/16
Western [4] 12/17 12/20 12/23 17/4
what [26] 3/19 9/16 9/17 11/11 12/25
 13/5 13/13 13/19 14/23 15/5 15/11 16/4
 16/11 17/15 18/21 19/11 20/5 20/7
 21/10 25/20 26/20 28/9 29/7 29/21 30/7
 30/17
what's [2] 17/16 28/2
whatever [2] 3/15 28/6
when [11] 12/17 15/13 21/6 21/10 23/12
 23/20 25/22 25/25 27/3 29/16 30/14
whenever [1] 11/14
where [4] 10/25 14/19 24/16 27/16
wherein [1] 23/7
wherever [1] 27/21
whether [2] 4/6 4/13
which [17] 6/1 6/1 6/4 9/24 9/24 13/14
 15/18 17/8 17/24 24/3 24/10 26/20 29/3
 29/19 29/24 30/15 33/5
while [6] 10/13 17/3 17/8 23/13 26/4
 30/22
white [1] 11/12
who [3] 18/24 19/13 30/25
why [5] 18/9 18/15 21/9 28/19 32/23
wife's [1] 19/14
WILKS [39]
Wilks's [1] 23/6
will [7] 4/13 4/16 25/2 31/2 31/3 32/19
 33/19
wish [3] 25/10 28/10 30/9
within [3] 25/1 33/7 33/18
without [4] 6/8 19/19 27/23 28/15
witness [3] 10/9 10/10 22/18
word [2] 2/15 16/6
wore [1] 34/5
work [3] 24/17 24/17 28/6
worked [1] 26/4
working [3] 24/8 24/19 25/6
world [1] 27/3
worse [1] 26/21
WORTH [7] 1/3 1/5 1/16 1/19 1/22 34/16
 34/19
would [29] 3/12 3/12 3/16 3/25 4/5 4/15
 4/19 5/21 6/14 8/3 9/3 9/9 10/5 10/16
 11/17 13/19 14/7 16/2 17/12 20/23
 24/25 25/5 25/6 28/24 29/2 29/5 29/21
 30/1 33/8
would -- I [1] 3/12
writing [1] 33/19
wrong [1] 16/8

# Y

yahoo.com [2] 1/23 34/22
Yeah [2] 25/19 26/13
year [12] 19/15 19/18 23/15 23/18 23/18
 23/20 23/21 24/12 24/14 25/23 29/18
 29/19

years [3] 13/15 23/22 29/8
yes [29] 8/12 9/20 10/12 11/24 11/24
 12/19 13/12 13/21 14/13 14/18 14/22
 15/6 15/22 15/25 16/22 17/9 19/3 19/7
 19/24 19/24 20/5 20/16 20/25 21/3 21/9
 23/4 23/12 25/17 28/11
yet [1] 4/13
Yokefellows [1] 7/16
you [126]
you -- that [1] 6/25
you're [5] 8/10 8/13 30/24 30/25 33/11
you've [6] 10/15 21/24 27/10 27/10
 30/18 30/19
your [33] 3/11 3/21 4/4 4/19 4/24 4/25
 5/4 6/20 7/4 7/22 7/25 8/9 8/22 9/4 9/22
 10/8 10/23 14/10 17/15 17/15 21/3
 21/24 22/25 23/4 25/10 25/11 25/12
 29/12 29/17 32/24 32/25 33/16 33/22
yourself [1] 26/12